UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JICARILLA APACHE NATION<br>F.k.a. Jicarilla Apache Tribe,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 02-25-L<br>Judge Francis M. Allegra |

............................................

DECLARATION OF ROBERT E. BROWN

EXHIBIT 3

Declaration of Robert E. Brown

I, Robert E. Brown, pursuant to 28 U.S.C. 1746, do hereby declare and state:

1. I serve as the Associate Director for Administration and Budget at the Minerals Management Service (MMS), a position I have held since July, 1994. I also hold the position of Chief Information Officer (CIO). My responsibilities include oversight of the MMS nationwide information technology programs. Among my many duties, I supervise a staff devoted to records management and production requirements with respect to all facets of information technology.

   The MMS manages the Nation's oil, natural gas, and other mineral resources on the Outer Continental Shelf and collects, accounts for, and disburses revenues from offshore Federal mineral leases and from onshore mineral leases on Federal and Indian lands. We balance the Nation's search for offshore energy and mineral resources with the protection of the human, marine, and coastal environments. We are committed to safety in exploration and development operations, sensitive stewardship of the environment, and ensuring that the taxpayers receive fair market value for the nonrenewable resources. We are also fully committed to fulfilling our trust responsibilities to American Indians.

2. Minerals Revenue Management (MRM), a MMS program, is responsible for collecting, accounting for, and distributing mineral revenues from Jicarilla tribal leases, and for evaluating compliance with laws, regulations and lease terms. MRM receives and maintains reported information on Jicarilla tribal leases at the lease-level and provides distribution and disbursement data to OST, the Bureau of Indian Affairs (BIA) and the tribe two times per month. While the MRM is responsible for collecting revenue, the Jicarilla tribe operates a tribal lockbox through Wells Fargo Bank New Mexico and requires oil and gas companies to make all mineral revenue payments directly to the lockbox. MRM receives industry's revenue and production reports and matches those reports with payment data provided by the bank that operates the tribal lockbox. The Jicarilla tribe does receive some direct payments from its non-standard leases at its bank in a secondary account. MRM receives the associated non-standard reports from industry and includes this information for distribution purposes. Tribal lease rental payments are received by the BIA and are not part of the MRM processes.

   The Jicarilla tribe holds a cooperative audit agreement with MRM to conduct audits and investigations under Section 202 of the Federal Oil and Gas Royalty Management Act of 1982. The agreement has one tribal employee to work with a six-member team of MRM auditors. This agreement allows for the tribe to manage royalty compliance activities on all tribal leases. Any additional revenues resulting from these compliance activities are deposited in the tribal lockbox and reports are processed by MRM as described above.

3. I am aware of the *Jicarilla Apache Nation v U.S.* and *Pueblo of Laguna v. U.S.* lawsuits. I am specifically aware of the Orders of this Court, dated March 19, 2004, requiring preservation of documents, data, or tangible items that are relevant or may reasonably lead to the discovery of information relevant to the subject matter in the pending lawsuits. This declaration is based upon my own personal knowledge and information provided by my staff. The following discusses the steps that the MMS has taken to comply with the Court's Order of March 19, 2004, with respect to preservation of "backup data," "hard drives," "computer and network activity logs," "metadata," and "Web pages".

4. **Backup Data – Minerals Revenue Management Support System.** Relevant data is stored on our major system, the Minerals Revenue Management Support System (MRMSS). The following describes the MRMSS and the backup procedures used for the MRMSS.

   4.a. The MRMSS is the primary database for the storage of tribal leasing and royalty information. The MRMSS consists of the financial, data warehouse, compliance asset management, and Royalty In Kind sub-systems. The MMS Royalty In Kind program deals only with offshore leases and maintains no Indian data of any kind. The MRMSS System operation is contracted out to Accenture (day-to-day operation, software support) which has in turn contracted with USi in Annapolis, MD, for hardware and hardware hosting including backups. USi is an Application Service Provider (ASP) and provides highly standardized services in a highly secure facility based on best practices. All financial transactions including minerals revenue payments (electronic to Treasury or checks), royalty reports (Form 2014) from payors, and production reports (Operations and Gas Operations Report) from reporters are processed by the PeopleSoft-based financial sub-system of the MRMSS. This transaction data is used by the MRM program to account for and provide distribution and disbursement data to OST and BIA. The financial sub-system contains at present approximately four years of transaction data dating from data active at the time of conversion from the legacy system (November 2001) and data received since. The amount of data in the financial sub-system needs to be limited to primarily active data for performance considerations. All transaction data (e.g. payments, royalty reports, oil and gas operations reports) is replicated from the financial sub-system to the data warehouse component of the MRMSS nightly. The data warehouse is the repository for long-term storage of the integrated transaction data with the data structured to optimize support for queries and analysis. The data warehouse has transactional data from all MMS financial systems dating back to the formation of MMS in 1983. The data warehouse provides a repository of historical financial and production information used by internal users, Bureau of Land Management (BLM) and other agencies as well as State and Tribal entities. The Data Warehouse also provides an electronic means for industry to get reports back on the results of their royalty and production reports and for State and Tribal revenue officials to get reports on revenues received and disbursed. The

Compliance Asset Management sub-system extends the Data Warehouse with a number of tools aimed at assuring that MRM is paid all the revenues owed. These tools include targeting tools and other specialized tools for finding anomalies in reporting for follow-up. This data is retained on the same schedule as the data warehouse as described below.

4.b. The MMS recurrently backs up the MRMSS to tape, as part of a contingency plan for disaster recovery. The backups provide for system recovery to the most current state prior to the occurrence of a system problem. Thus, the tapes contain data that is duplicative, representing a snapshot of the online data from the data warehouse at a point in time. In fact, the data retained on tapes is only current as of the time of the tapes' creation. Any data entered after the creation of the backup tape would not be stored on tape until the next backup. Thus, the data in the MRMSS is more current than the data on tape. The longer term backup retention is a common best-practice in case a subtle data or software error occurred that had not been discovered during testing. These give a snapshot of the system at points in time for research of the system. Given that all data from the current and legacy systems is available on-line in the data warehouse, backup tapes are not necessary to reproduce any relevant data. The backup and retention schedules for the relevant MRMSS subsystems are:

*PeopleSoft Financial subsystem of the MRMSS*:

Incremental Backups: nightly, retained 90 days
Cumulative Incremental Backups: weekly, retained 1 year
Full Backups: biweekly, retained 1 year
Quarterly Full Backups: quarterly, retained 5 years

*Data Warehouse/Compliance subsystems of the MRMSS*:

Incremental Backups: nightly, retained 30 days
Cumulative Incremental Backups: weekly, retained 90 days
Full Backups: biweekly, retained 90 days
Quarterly Full Backups: quarterly, retained 180 days

4.c. We have not attempted to definitively cost retaining all MRMSS backups in perpetuity. Deviations from the USi standard backup services require case-by-case contract service negotiation, are generally expensive for custom service, and introduce additional risk because it is non-standard. Considering that the MRMSS is now in the terabyte range (1000 gigabytes), just the cost of additional media could run in the $200K to $400K range. The estimated cost of maintaining our backup data indefinitely at USi through a negotiated non-standard service agreement is $1 million per year. Restoration costs would depend on whether the whole system or just a selected sub-system needed to be restored. If it is assumed that our operations need to continue while doing

the restoration, additional hardware and software would need to be procured as well the trained personnel to operate it. Again, this would require the negotiation of a non-standard service. At a minimum, a full set of redundant servers and associated network equipment would be required to restore full data sets, so as not to disrupt our ongoing operations. These ongoing operations are critical to the MMS and the Treasury, as these systems process approximately $8 billion per year. The estimated cost of acquiring and running a redundant system would be in the millions of dollars per year. Because of the time critical nature of financial operations involving the collection, accounting for, and disbursement functions in the financial sub-system, MMS has made a risk-based decision to implement a hot backup for just the financial-subsystem. This hot backup is a mirror-image of financial sub-system hardware and software geographically disbursed in Wood Dale, Illinois. This hot backup capability allows virtually uninterrupted failover capability in the event of a failure at the primary Annapolis, Maryland, site. In the event of failover, data for the data warehouse would be queued until Annapolis was back in service. Because of the cost of hot backup, it was determined that having hot backup capability for the other components of MRMSS could not be justified.

4.d. To reiterate, for the MRMSS, all data from the current and legacy systems is available online in the data warehouse, therefore no additional utility is gained by retaining backup tapes in perpetuity. As previously stated, the data retained on tapes is only current as of the time of the tapes' creation. Any data entered after the creation of the backup tape would not be stored on tape until the next backup. Thus, the data in the MRMSS is more current than the data on tape. It is also important to note that backups are conducted strictly for disaster recovery. Backup tapes are not intended to be used as data repositories.

5. **Backup Data – Office Automation**. MMSNet is the general support system that provides the wide area network (WAN) backbone and infrastructure services, supporting centralized local area networks (LAN) for MMS business applications, inter- and intra-Bureau network connectivity, and Internet access for its users. The WAN backbone, which is provided by MCI, connects the major MMS sites, the National Business Center (NBC) and ZANTAZ. The major MMS sites are located in Herndon, VA; Washington, D.C.; Denver, CO (three locations); New Orleans, LA; Camarillo, CA; and Anchorage, AK.

MMSNet supports three programs within MMS. The Administration and Budget (A&B) main program office is located in Herndon, VA. The Offshore Minerals Management (OMM) program main office is in New Orleans, Louisiana. The Minerals Revenue Management (MRM) program has its main office in Denver, Colorado.

MMSNet supports or provides access to numerous applications that allow MMS to accomplish its mission of collecting, accounting for, and disbursing revenues from both onshore and offshore minerals production, in addition to overseeing the exploration and development of America's Federal offshore natural gas, oil, and other mineral resources. These applications include:

- ABACIS (Advanced Budget/Accounting Control Information System)
- TIMS (Technical Information Management System)
- PRESTO (Probabilistic Resources Estimate – Offshore)
- FPPS (Federal Personnel Payroll System)
- IDEAS (Interior Department Electronic Acquisition System)
- PMS (Property Management System)
- OWLS (Offshore Wells & Lease Software)
- MRMSS (Minerals Revenue Management Support System)
- Microsoft Office XP
- Symantec Anti-Virus

The Denver location supports the MRM LAN segment, where most users, workstations, and network equipment are located in the Denver Federal Center. A few MRM users are located offsite in the Lakewood area. The servers in Denver include the main File & Print or SANS server and numerous support servers, such as the COLD, ViewStar, and McAfee servers. Incremental backups are performed Monday through Thursday on all the servers. Full backups are performed on Fridays. Backup tapes are sent offsite daily. Monday through Thursday tapes are retained for one week and reused. Friday tapes are retained for one month and reused. A monthly backup is performed on the last day of the month, and the backup tape is saved for an entire year. A yearly backup is performed on the last day of the year, and is saved in perpetuity.

The MRM Compliance sites (Houston, Dallas, Oklahoma City and Tulsa) connect to the WAN via a T1 line. Each compliance site has one server for File & Print, one server for Anti-Virus, and one System Management Server (SMS). The File & Print server is the only server that is backed up on a daily basis, and the tapes are rotated offsite locally. Incremental backups are performed Monday through Thursday. Full backups are performed on Fridays. Backup tapes are sent offsite daily. The Monday through Thursday backup tapes are retained for one week and reused. The Friday backup tapes are retained for one month and reused. A monthly backup is performed on the last day of each month, and the backup tape is retained for one entire year. A yearly backup is performed on the last day of the year, and that tape is retained in perpetuity. Backups are administered by Accenture in Denver, with the local ITC Administrator responsible for the rotation of the tapes.

The Herndon location supports the Administration and Budget (A&B) program LAN segment. The A&B segment encompasses the computer networks that are physically housed in a government-leased building, the Atrium building, located

in Herndon, Virginia; and the MMS operated computer networks located at the Main Interior Building (MIB) in Washington, D.C. The LAN at the MIB has router equipment and two file servers.

The Herndon site has two file servers, a print server, and a SMS. One of the file servers provides support to the A&B program area and another supports the Offshore Minerals Management (OMM) program area. The print and SMS servers are shared across program areas in Herndon. The print, SMS, and A&B file servers are fully backed up on Saturday and Sunday of each week. For the five weekdays, an incremental backup is performed. All backup tapes are retained for eight weeks and then reused for backups. The last full backup is stored offsite for contingency purposes. The OMM file server is fully backed up on Friday and Saturday. Incremental backups are performed for each day, Monday through Thursday. Tape rotation occurs on a six month basis.

The MIB file and printer servers are backed up in a tape jukebox arrangement (20 tapes). After a period of one month, the tapes are overwritten. We therefore have about 30 days of file retention.

6. **Backup Data – Electronic Messages.** Currently, as part of the *Cobell v. Norton* litigation, all MMS electronic mail messages (regardless of content), including attachments, and distribution lists are captured by a contractor in the Electronic Email Archive System ("EEAS") where the messages are retained indefinitely.

   As all messages are currently retained in the EEAS, retaining backup tapes for electronic messages would provide no additional utility, especially when considering the high cost of recovering messages from tapes. It is also important to note again that backups are conducted strictly for disaster recovery. Backup tapes are not intended to be used as data repositories.

7. **Hard Drives.** Generally, users store their files on the servers. In this way, users are assured of having their files backed up each night. Some users store files on both their PC and the network server for redundancy, and a very few store their files exclusively on their PC. All MMS employees have been notified by the MMS Chief Information Officer via email that they are not to store data and documents relevant to the tribal resources and/or funds of the Pueblo of Laguna and/or Jicarilla Apache Nation on their local hard drive. They were additionally notified that they should contact their supervisors for additional retention measures if they have stored relevant information on their hard drives. All MMS Associate Directors have been notified that all hard drives of any "relevant employees" containing relevant information must be appropriately retained in a safe and secure environment and appropriately catalogued to allow for meaningful search and recovery. Historically, when users are given new PCs as part of life-cycle replacement, any work related materials stored on the PC are copied to the network and are subsequently copied to the new PC from the network. PCs that

are excessed or transferred to another agency as part of the life-cycle replacement have their hard drives completely wiped of all data in accordance with DOI IRM Bulletin 2001-0004, Protecting Sensitive Data When Transferring, Donating, or Disposing of Computer Equipment. This practice is based upon sound IT security principles to prevent the inadvertent release of sensitive data. Currently, hard drives from the PCs of "relevant employees", defined as employees who process, handle, or create data or documents relating to, or having responsibilities with respect to the management and/or accounting of tribal resources and/or funds of the Laguna and/or Jicarilla Apache Nation, are not subject to disk wiping. They will be removed and retained for an indefinite period of time.

MMS does not backup hard drives of individual workstations of employees or, files stored on removable media (e.g. CDs, zip disks, USB flash pen drives) by employees, nor is it practicable to implement a back up process for workstations. In addition, it is extremely difficult to calculate the cost of implementing such a process, although it is expected that the cost would be exorbitant.

8. **Computer and Network Activity Logs.**

System logs typically contain information about system access, maintenance and security. Some examples of events captured in a log would be; 1) a successful user logon, 2) a failed user logon, 3) a user logoff, 4) user access to a file on the network, 5) a system administrator adding or changing an account, 6) a system administrator initiating a backup, etc. The information is presented in highly technical terms (i.e. not in plain English as above) and is not intended to be used in its raw form by persons without extensive technical backgrounds.

There are two types of logs in the MRM Financial Sub-System. First, there is a log that tracks when a user logs in and whether or not an invalid password was entered. Second, the MRM Financial System has functionality in several key places that tracks the last user to make a change to a data record and the date and time of that change. This information is recorded in the Financial System database as part of the table structure. At any given time in the database, we could reconstruct who last touched and changed various records. The last change made is the only one recorded. The audit trail record relates back to the individual user and provides a trace of a user's general actions. The portal used to access the Financial System database provides a high level record, by user id, of which users performed portal activities. The logs are copied to an incremental tape daily as part of the file system back up. The incremental tapes are recycled every thirty days. Database audit trails for transactional data are not set up in system for performance reasons. Exceptions (excessive memory use, poor performance) may generate alerts that result in investigation of causes. This investigation can lead to capturing data in real time that is not normally captured, like memory use by a process that is associated to a specific individual. Access to logs is limited to System Administrators. "Rules of Behavior" are in place and monitoring includes producing logs to track usage levels of some applications,

intrusion detection software and system security controls. Reviewing of audit logs and ongoing processing is on an exception basis.

The MMS does not have log retention servers, with the exception of one central log server in New Orleans that is used for Unix servers and some network devices. The server audit logs are stored as files directly on the servers, backed up during the normal backup procedures and could be retrieved, if necessary, until the log files are overwritten. Typically, log files are defined by a common template and are set to a maximum size of 20MB. As a log file size reaches its maximum size (20MB), or seven days have passed, the oldest events recorded in the logs are overwritten. Workstation (PC) logs are not backed up.

Audit logs can be very voluminous and consequently, if kept indefinitely, expensive to backup and maintain.

9. **Metadata**. The term "metadata" is a general term, commonly interpreted as "data about data." In general, metadata contains information regarding the document or file's format and appearance. Depending upon the underlying system, metadata may also provide information about the document or file's creation date, when it was modified, and who modified it. The MMS, during development of MRMSS referenced earlier, established a Data Administration Team that spearheaded the collection of metadata (data definitions, data structures, etc.) for data converted from the legacy system to MRMSS. This team maintains metadata for MRMSS. Metadata collected and maintained includes appropriate fields in the database for tribe names, lease numbers, and payor names. Again, all data in the MRMSS is available in searchable form and is retained in perpetuity in the MRMSS data warehouse.

   For the remainder of the MMS, metadata exists in the form of data that is available as part of the file server or desktop operating system (OS), such as Windows NT server or Windows 2000. This data includes information about file creation dates, modification dates, author names and file size. This data is automatically created as part of the operating system and is retained as part of the file or document until such time as the document is deleted. I am not aware of any metadata that has been lost in connection with documents relevant to this litigation.

10. **Web Pages.** The MMS web site, www.mms.gov, contains publicly available information and no Indian Trust Data, but does contain Jicarilla-Apache-specific material in some "Dear Payor" letters (these letters go to specific paying companies regarding audit issues) and information about the 202/205 State and Tribal Audit Committee delegation (MMS has a contract with Jicarilla Tribe to manage audits on MMS's behalf for Jicarilla properties). All information on the MMS website is publically available through other sources and is not a primary storage location of any relevant data. MMS conducts regular backups of its web site as part of our disaster recovery plan described earlier in this document.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Robert E. Brown

3/11/05
Date