UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JICARILLA APACHE NATION<br>F.k.a. Jicarilla Apache Tribe,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 02-25-L<br>Judge Francis M. Allegra |

## DECLARATION OF ROBERT C. McKENNA

I, Robert C. McKenna, pursuant to 28 U.S.C. § 1746, do hereby declare and state:

1. I serve as the Chief Information Officer for the Office of the Special Trustee for American Indians (OST), a position I have held since March 7, 2004. My responsibilities include oversight for OST's nationwide Information Technology (IT) programs. OST's IT programs and organizations conduct operation and backup and recover activities for electronic data processing application software, electronic mail operation, management of the voice and data telecommunications infrastructure, and policy development and execution for management of all OST electronic records. These functions serve over 500 OST staff located across the United States in Headquarter, Regional and Field Office locations.

2. OST is responsible for the receipting, investing and disbursing of collected funds for the Jicarilla tribe. This includes various types of accounts, such as Individual Indian Money, Forestry, Judgment/Settlement Awards, Proceeds of Labor Funds received for natural resources, such as oil and gas, and leases on tribal land. OST processes all



EXHIBIT 5

requests for routine withdrawal of trust funds in accordance with applicable laws, regulations and agreements. In addition, OST provides statements of performance reflecting financial account activity. Written notice of financial investment trading activity is also provided at the time the trade is transacted.

2a. OST conducts periodic reviews of the investments held by OST and managed on behalf of the Jicarilla tribe.

2b. The OST Office of Appraisal Services has the responsibility to provide impartial estimates of value of real property interest on land owned in trust or restricted states by the Jicarilla tribe as requested by the Bureau of Indian Affairs.

3. I am familiar with the *Jicarilla Apache Nation v. U.S. and Pueblo of Laguna v. U.S.* lawsuits. I have read the Orders of this Court, dated March 19, 2004, requiring preservation of documents, data or tangible things that are relevant or may reasonably lead to the discovery of information relevant to the subject matter involved in the pending two lawsuits. I have consulted with members of my staff in preparing the following responses.

4. The following informs the Court of the status of compliance efforts and explains the resource burden of taking additional compliance measures in response to the Court's Order of March 19, 2004, with respect to the preservation of "back-up data," "computer and network activity logs," "metadata," "Web pages" and "hard drives."

5. *OST Applications.* OST uses multiple information technology solutions to accomplish its trust fiduciary mission.

5a. The Trust Funds Accounting System (TFAS). TFAS is a commercial off-the-shelf trust accounting system that is owned and operated by SEI Investments, Inc. in

Oaks, Pennsylvania. The vendor is responsible for updating the application to remain in compliance with all applicable laws and standards. This application is used to account for approximately 3.2 billion dollars held in trust by the Government on behalf of individual Indian and tribal beneficiaries. It contains information about the account holder and the various financial transactions associated with the administration of the funds in the account. For example, it shows the receipt, investment and disbursement related activity of funds as well as the status of the account holder (e.g. Minor, Adult in Need of Financial Assistance). Approximately 600 OST and Bureau of Indian Affairs field users have "view only" access to the system, while other Albuquerque OST headquarters individuals have limited authority to update or create new transactions. The system displays approximately 16 and one half months of historical data in real time. When the month end process occurs on TFAS, the oldest month of data will be deleted from the system. This data is available for restoration from a monthly or yearly backup tape. Daily, weekly, monthly and yearly backups are performed by the vendor. The daily and weekly backup tapes are kept for approximately 21 days and the monthly tapes are kept for approximately 16 months while the yearly backup is kept in perpetuity.

5b. The Open Data Replication (ODR) product is a database located on a server in Albuquerque and is used to create adhoc and statistical management reports. The data in ODR is a selected subset of the approximately 16 and one half months of data contained within the TFAS mainframe application. The data in ODR is updated at the end of each processing day as part of the daily TFAS mainframe processing and stored on an Albuquerque server for at least 16 and one half months. The ODR server is a mission critical server and the data on this server is backed up on a daily, weekly and monthly

basis with the monthly backups kept in perpetuity. The data is primarily used by the Information Technology Services staff to produce reports for field and management use. For instance, a weekly report of all accounts that are in an "estate" status is produced and sorted by the location responsible for the administration of the account. The reports are stored in Strata Vision.

5c. Strata Vision is a Computer Output to Laser Disk (C.O.L.D.) application that is used to store computer-generated reports. The Strata Vision database began to be populated in September 1998 in conjunction with the migration to TFAS from the previous Bureau of Indian Affairs (BIA) Integrated Records Management System (IRMS). The Strata Vision product is maintained by SEI. The commercial brand name for Strata Vision is Panagon Report Manager by Filenet. The Strata Vision server is located in Albuquerque, NM. All personnel who have access to TFAS may have view only access to Strata Vision. The information on this mission critical server is backed up daily, weekly, and monthly. The monthly backups are kept in perpetuity. Some files have been moved from the server to optical media and are stored in perpetuity on a separate server.

5d. Customer StrataStation (CSS) is another product offered by SEI that is used by OST to input data into TFAS. CSS is an Intranet based application hosted by SEI in Oaks, Pennsylvania that allows for the generation of electronic work tickets. (E.g. receipts, name and address updates, disbursement requests, etc.) The OST field personnel input the initial transactions into CSS. The transactions are held in a queue until supporting documentation is reviewed by headquarters personnel and the transaction is released from CSS for posting to TFAS. The vendor is responsible for maintenance

and backup of any information held on the server in Pennsylvania. Backups are performed daily and the tapes are stored off-site for disaster recovery purposes.

5e. In general, information regarding the administration of the account is initiated by field personnel, reviewed by headquarters and released for posting to TFAS. There may be local applications used by OST employees to assist them managing the accounts. For instance, some personnel might have a local occurrence of a Microsoft Access Database or Excel spreadsheet. All OST provided computers have the Microsoft Office Suite of products loaded to assist personnel in completing their jobs. At a minimum this includes Microsoft Word; Excel; Access and PowerPoint. Per OST IT Directive 04-40 (attached), the resulting output files (documents, spreadsheets, etc.) should not be stored on the PC's hard drive, but should be stored on a server where they can be backed up.

6. *Backup data (mission critical servers).* Backups for OST's mission critical servers are done on a daily (incremental), weekly (full) and monthly (full) cycle for the purpose of continuity of operations. The daily backup tapes are kept for 90 days and the weekly backup tapes are kept for six months. The daily and weekly backup tapes are stored off-site. The monthly backup tapes are kept in perpetuity and stored off-site. An incremental backup contains files that have been newly created or modified since the last backup. A full backup contains a snapshot of all the data that is being stored on the server at the time the backup occurs. Even though some files, such as metadata or server system data (information related to the server) are not needed and may not be backed up, all files with critical program data are backed up. For instance, if a file was created three months ago and the user decided to delete the file in the middle of the fourth month, the file would have been part of the daily backup when it was created. It would be contained

on the weekly backups and would have been contained in the pervious three monthly backups. Because the monthly tapes are kept in perpetuity, the file could be restored from any of the three monthly backup tapes. If daily backups were to be kept indefinitely, OST's current server configuration would require the use of approximately 1,300 tapes per year. OST uses Linear Tape Open 2 (LTO2's) tapes containing approximately 400 GB per tape of compressed data. Individual LTO tapes cost approximately $75.00 per tape. The cost to purchase the daily tapes would be approximately $97,000 per year. There would be additional costs associated with creating and storing the tapes (purchase of additional data safes and an incremental increase in personnel costs to create the tapes).

6a. SEI maintains off-site storage for TFAS backup data and conducts full daily, monthly and yearly backups. The daily backup tapes are kept for approximately 21 days and the monthly tapes are kept for approximately 16 months. The yearly tapes are stored in perpetuity. Twice each year the vendor conducts Disaster Recovery exercises that OST participates in. The recovery exercise utilizes the backup tapes.

7. Per OST IT Directive 04-40 (attached), the files created by OST Personnel are not to be stored on local PC hard drives but are to be saved on the servers within the Local Area Network. As stated previously, these servers are considered to be mission critical and are backed up on the daily, weekly, and monthly schedule previously discussed.

8. *Backup data (e-mail).* OST requires all employees to print and file all relevant electronic messages. Further, all of OST's e-mail is currently captured on a daily basis and stored on tape. These daily e-mail backup tapes are kept indefinitely and stored off-

site. Additionally, as part of the *Cobell, et al. v. Norton, et al.* litigation all the OST e-mail is captured and stored in an electronic e-mail archive system.

9. *Computer and network activity logs.* Computer and network activity logs are computer system records containing technical information regarding the utilization of programs or applications running on a particular network or server. With regard to Windows NT 4.0, Windows 2000 and Windows 2003 server logs, there are three Event Logs that all versions of Windows Network Operating systems maintain:

- Security Event Log: Records events related to security issues. This is the log that records successful (or unsuccessful) logon attempts, file access attempts, attempts to access various processes running on the server, etc.
- System Event Log: Records events related to the operating system, such as system crashes, services failing to load, system processes and/or services being started or stopped, etc.
- Application Event Log: Records events relative to the applications running on the server, such as SQL Server events, E-mail system events, and any other events related specifically to applications, as opposed to the operating system itself.

The following is an example of a Systems Event Log entry:

1. Event message source not available: raw insertion string follows: Eventlog: 0;2154629760; SYSTEDM; NT Authority: (0x0,0x3E7)FrankO;OTFM_DOMAIN;(0x0,0x33AC24E);SeSecurityPrivlidge"

These logs are currently saved and stored on a separate server for daily analysis. This server is considered a mission critical server and is backed up on a daily, weekly, and

monthly basis with the monthly backups retained in perpetuity. Any additional cost to retain these records has been included in the costs cited above. OST is in the process of implementing a new log monitoring software package, NetIQ, which will automate the process of retention according to a schedule. Similar System, Event and Application logs are maintained by the vendor of the trust funds accounting system.

10. *Metadata.* The term metadata is generally regarded as meaning data about data. Most, if not all, electronic records contain some forms of metadata. This metadata may or may not be viewable by end users. An example of metadata would be the information contained in the properties section of a Word file: date of creation, size, file name, etc. This information is being saved with the file and is retained for the life of the electronic record. In addition, metadata is part of the electronic data being backed up and stored.

11. *Web pages.* OST is disconnected from the Internet and does not manage any Web pages. It does however have a Web site that is managed by the Washington National Business Center (NBC) and is available to the public 24 X 7. The OST Website does not contain Jicarilla information. Any backups of Internet Web pages would be done by the NBC. The web site includes such things as the "What is the Office of the Special Trustee for American Indians?"; "Who is the Special Trustee?"; an organizational chart of OST' copies of the Comprehensive Trust Management Plan and other selected documents. The web site also lists the names of individuals for whom OST does not have a valid address. These names are updated on a monthly basis. The Website is not the sole source for any of its content. The information is duplicated elsewhere.

12. *Hard drives.* Each OST employee has been provided access to OST IT Directive 04-40 (attached), which states that all output files (documents, spreadsheets, etc.) should

not be stored on the PC's hard drive, but should be stored on a server where they can be backed up. When a new OST user's PS is set up, it is configured to save data on a mission critical server. Files saved on the server are backed up pursuant to OST's backup schedule. There would be additional burdens if OST were required to backup individual PC's on a nightly basis in addition to what is already being done and retain and store the backup tapes indefinitely. This would require PC's to be left on all of the time, which OST would consider a security vulnerability. It would require additional tapes to handle the increased volume and increased space for retaining the tapes in perpetuity. Currently, OST retains the hard drive of any individual whose PC is upgraded. In accordance with the October 8, 2004 memorandum from Mr. Lawrence J. Jensen, Counselor to the Solicitor and Mr. W. Hord Tipton, Chief Information Officer, OST will retain the hard drive of any individual who processes, handles or creates data or documents relating to, or has responsibilities with respect to, the management and/or accounting of the tribal resources and/or funds of the Jicarilla Apache Nation, and who leaves or transfers from OST to ensure that any relevant data is not lost.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Robert C McKenna

ROBERT C. McKENNA

Executed on this 17 day of March, 2005