UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JICARILLA APACHE NATION<br>F.k.a. Jicarilla Apache Tribe,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 02-25-L<br>Judge Francis M. Allegra |

..........................................

DECLARATION OF JOHN MESSANO

I, John A. Messano, pursuant to 28 U.S.C. § 1746, do hereby declare and state:

1. I serve as Director of the Office of Information Operations (OIO), Bureau of Indian Affairs (BIA), a position I have held since February 2004. My responsibilities include oversight for BIA's nationwide Information Technology (IT) programs. BIA's IT programs and organizations conduct operations for electronic data processing application software and information technology policy. These functions serve about 10,000 BIA staff located across the United States in multiple Headquarters, Regional, and Field Office locations. The information presented in this report was gathered through the staff located in the Southwest Regional Office and the BIA Central Office located in Herndon, Virginia.

2. The Bureau of Indian Affairs (BIA) has responsibilities relevant to the Jicarilla Apache Nation, which include approving rights-of-way, subsurface and surface leases, and range, forest and timber sale management. Requests for rights-of-way, land acquisitions, and determinations on land transfers are also under BIA purview. The BIA Land Title and Records Office serves as official record keeper for all documents affecting trust title held by the United States on behalf of the Jicarilla Apache Nation.

3. I am familiar with the *Jicarilla Apache Nation v. U.S.* lawsuit in that I have read the complaint and the Order of this Court, dated March 19, 2004, requiring preservation of documents, data or tangible things that are relevant or may reasonably lead to the discovery of information relevant to the subject matter involved in the pending lawsuit.

4. In general, I want to advise the court of existing processes and procedures with respect to backup data, metadata, computer and network activity logs, hard drives and web pages. Each of these is addressed in turn.



**EXHIBIT 6**

**5.** The major BIA application utilized for Jicarilla Apache, which has data relevant to this tribe, is the Land Record Information System (LRIS). LRIS will soon be replaced by a new application called the Trust Asset and Accounting Management System (TAAMS).

**5.a. LRIS.** This system is designed to maintain information concerning ownership of land held in trust for individual Indians and tribes by the U.S. Government including the Jicarilla Apache. This information includes descriptions of the land, when and how it was acquired or disposed of, and changes in the use of the land (rights-of-way, leases, and other encumbrances). LRIS does not collect or pay out funds. This system is used by staff in the Land Title Records Office within a regional office or an agency office. Connection to LRIS is made by remote terminals over the BIA TrustNet. The system is run on a mainframe computer at the National Business Center in Denver, Colorado. Data may be added, changed, or deleted by authorized persons but records are maintained in a history database and all data is cumulative. Data in LRIS is being converted to TAAMS.

**5.b. TAAMS.** This application will replace LRIS and record land title information. The computers that run the TAAMS application are located in Addison, Texas and are operated by a contractor. Title information is cumulative which means that a history will be maintained and that title information will not be deleted from the system. An audit trail of past transactions, i.e., expired rights-of-way and leases, will be retained in perpetuity within the system. TAAMS is expected to be implemented by April 2005 for the Southwest Regional office and eventually for the Jicarilla Apache Agency.

**6. SOUTHWEST REGIONAL OFFICE (including the Jicarilla Apache Agency) MAJOR APPLICATIONS:** The Southwest Regional Office does not own, operate or manage any major application or database systems. Employees are end users for the major systems listed in paragraph 5 above as well as the standard office applications suite ranging from word-processing to spreadsheets.

**7. SOUTHWEST REGIONAL OFFICE (including the Jicarilla Apache Agency) OFFICE APPLICATIONS.** Authorized employees of the Southwest Regional Office routinely use government-owned personal computers (PCs) in the performance of their duties. These PCs have a standard office application suite, currently Microsoft Office, which includes word processing, spreadsheet, database, and presentation software. Employees use office applications to prepare correspondence, maintain single user spreadsheets and databases to manage their individual work, and prepare briefings and presentations. The Office of Information Operations, User Services Division - Southwest Region operates and maintains networked file servers that employees use to store files. These file servers are subject to a backup regimen described in paragraph 9 below. All employees have been instructed to store all digital files, that are or may lead to information relevant under the March 19, 2004 court orders regarding the Jicarilla Apache Nation, on the assigned file server. This instruction was issued by memorandum from U.S. Department of the Interior, Office of the Solicitor, dated October 8, 2004, Subject: Court Orders Regarding the Pueblo of Laguna and the Jicarilla Apache Nation.

This instruction is intended to ensure that all relevant data will reside on servers that are subject to a backup regimen.

**8. Washington, D.C. Offices.** Authorized BIA employees routinely use government-owned personal computers (PCs) in the performance of their duties. These PCs have a standard office application suite, currently Microsoft Office that includes word processing, spreadsheet, database, and presentation software. Employees use office applications to prepare correspondence, maintain single user spreadsheets and databases to manage their individual work, maintain ad hoc systems, and prepare briefings and presentations. The Office of Information Operations operates and maintains networked file servers that employees use to store files. These file servers are subject to a backup regimen described in paragraph 9 below. All employees have been instructed to store all digital files that are or may lead to information relevant under the March 19, 2004 court orders regarding the Jicarilla Apache Nation on the assigned file server. This instruction was issued by memorandum from U.S. Department of the Interior, Office of the Solicitor, dated October 8, 2004, Subject: Court Orders Regarding the Pueblo of Laguna and the Jicarilla Apache Nation. This instruction is intended to ensure that all relevant data will reside on servers that are subject to a backup regimen.

**9. Backup data**. Presently, each location within BIA that maintains computer servers implements their specific backup and recovery practices. In general, data backed up on the servers is for disaster recovery purposes. It is intended to be used to restore the data to the last time the backup was run. Backup tapes are maintained for the time periods noted below. Tape backups contain data and server system files at a point in time when they are generated. Even though some files, like server system files (i.e., information related to the server such as memory usage), are not needed and may not be backed up all files with critical program data are backed up.

Standard definitions for different types of backups are as follows:

> **Full Backup.** A full backup provides a backup of all files that are present on the system at the time of the backup. This includes operating system files, data files, executables, etc.
>
> **Incremental Backup.** An incremental backup provides a backup of files that have changed or are new since the last incremental backup.
>
> **Differential Backup.** A differential backup provides a backup of files that have changed since a full backup was performed.

**Major Applications.**

**LRIS.** A backup of the data files is made each night prior to updating the data with that day's transactions. A weekly backup is done as a standalone process each Friday night after production updates are completed. Daily incremental tapes are recycled every fourteen days. Weekly full backup tapes are retained in perpetuity.

**TAAMS.** Backups of the operational and archival data are performed daily, weekly and monthly. An incremental backup is performed on every working day and is maintained for 33 days. A full weekly backup is performed every Saturday and is maintained for 93 days. A full monthly backup is performed on the second weekend of every month. These monthly backups are retained in perpetuity.

**Office Applications.**

**Southwest Regional Office (including the Jicarilla Apache Agency).** Data generated by the Southwest Regional Office that is stored on the file servers is backed up daily using an incremental backup method to the Network Attached Storage (NAS), a large redundant array of inexpensive disks that uses a proprietary technology to ensure that any changes to files are recorded on a configurable schedule. Currently, this schedule is hourly, nightly and weekly. A full backup to tape of the NAS device is performed once per quarter. These tapes are moved off-site to the Pueblo of Laguna Agency where they currently are retained in perpetuity.

**Washington, D.C. Offices.** Data generated by the D.C. Offices and stored on the servers are backed up to tape incrementally Monday through Friday night with full backups every other Saturday. These weekly tapes are retained in perpetuity. Every three months, all backup tapes are shipped to the disaster recovery site in Albuquerque, NM. This retention policy has been in place since 2001.

**10. E-mail.** Pursuant to the *Cobell v. Norton* litigation, all e-mail, including attachments, generated by or sent to BIA employees is currently captured in real time and stored indefinitely by ZANTAZ, Inc., a contractor, via the Electronic E-Mail Archiving System. On December 9, 2004, BIA discovered that e-mails for two of its servers were not being captured by ZANTAZ. BIA and ZANTAZ quickly corrected the problem, and BIA has no reason to believe that e-mail messages were lost since they were saved on daily incremental and weekly full backup tapes, which included transaction logs. These backup tapes were shipped to ZANTAZ on January 25, 2005, for restoration. BIA also maintains a separate backup of the e-mail servers. An incremental backup of the e-mail servers is performed Monday through Friday, and a full backup is performed once weekly. Both the daily and weekly backup tapes are retained in perpetuity.

**11. Computer and Network Activity Logs.**

**Major Application Log Files**
LRIS and TAAMS have "system logs" and "system summaries" which contain environmental data, not application (trust) data. Environmental data includes information such as who logged onto the system, when a job was run, what were the input files and output files of that job, how long did a job run, what was the priority, and other such data. Some of these logs may be used by a programmer but would not be used by an end-user. The information in the logs does not appear to be related to the management or accounting of the Tribe's resources or funds.

In addition, LRIS and TAAMS have logs that provide information to the Database Administrator about the performance of the Database Management System. These logs are not used by the applications programmers or the end-users and do not contain data that appears to be related to the management or accounting of the Tribe's resources or funds.

**Network Activity Logs.** The Southwest Regional Office does not have access to network activity logs generated by network devices. The network activity log files are managed and monitored in the Network Operations Center in Herndon, Virginia under a Federal Telecommunication System 2001 Contract with MCI for Network Management. Network Activity Logs include network traffic statistics including amount of bandwidth utilized which indicates how full the communication lines are and how well the routers are handling the traffic. Network activity logs do not contain data that is related to the management of accounting of the Tribe's resources or funds.

**SOUTHWEST REGIONAL OFFICE (including the Jicarilla Apache Agency).**

**Computer Activity Logs**. All file servers in the Southwest Regional Office (including the Jicarilla Apache Agency) generate three types of log files: **security, application, and system.** None of these logs contain data that appears to be related to the management or accounting of the Tribe's resources or funds.

**a.** The **security** log records logon/logoff events, privilege use, access that is denied and system or application account logon/logoff events. This log is used for auditing security policy applied to the server. A typical security log entry will contain the date, time, and event id number, category of the event, type of event and a description of the event.

**b.** The **application** log records events generated by any applications running on the server such as error messages and informational messages used for troubleshooting application problems. A typical application log entry will contain the date, time, event id number, category of the event, type of event and a description of the event.

**c.** The **system** log is used to record changes in system state and related error/informational messages used for troubleshooting system problems.

While other logs may be generated for servers performing specialized functions, for example, the Domain Name System or the Windows Internet Name System, these logs are used only for troubleshooting those specialized functions. The logs are not independently retained. Rather, logs are captured as part of the backup regimen as discussed in paragraph 9.

**12. Metadata.** The term "metadata" is generally regarded as meaning data about data. If there is metadata associated with electronic documents or other files, it is automatically saved with the electronic documents and data backups. Metadata is information retained about documents or files created by applications such as Microsoft Word, Excel, Project, etc. The type of information retained within the files includes: creation date, last

modification date, file owner (who created the file), font, type size, etc. Metadata is not limited to the previously mentioned elements; it is dependant on the application used. There is no specific metadata in the major applications LRIS and TAAMS different from that described above.

**13. Web pages.** Pursuan to the *Cobell v. Norton* litigation, BIA does not maintain an Internet site. BIA does maintain an Intranet site that is only accessible to bureau offices; it is not available to the public. This internal site contains only employee pertinent data; contact information, policies, newsletters, and organizational information, which do not appear to be related to issues in this litigation. Even though this is an internal site, the BIA Public Affairs office reviews all content before it is posted, to ensure that it does not contain any sensitive, private, or trust related data. The Intranet site is often used to publish information and organize data from other sources including DOI and BIA memos and policies

The Intranet site data is backed up to tape daily for disaster recovery purposes. Incremental tape backups are run nightly. A full backup is run bi-weekly. Both bi-weekly and incremental backup tapes are retained in perpetuity.

**14. Hard Drives.** All employees have been instructed to store all digital files that are or may be relevant to the court orders regarding the Pueblo of Laguna and the Jicarilla Apache Nation on the assigned file server. This instruction was issued by memorandum from U.S. Department of the Interior, Office of the Solicitor, dated October 8, 2004. This instruction is intended to ensure that all relevant data will reside on servers that are subject to a backup regimen. Additionally, this instruction requires the indefinite preservation of hard disk drives that have been used by individuals identified as processing relevant information.

**Southwest Regional Office (including the Jicarilla Apache Agency).** A listing of individuals that have been identified as handling data that is or may be relevant to the litigation has been developed as a result of the October 8, 2004 memorandum cited above. This listing has been provided to the IT support staff and will be updated as required by the memorandum. The IT support staff has been instructed that when one of these individuals leaves his or her assignment for any reason, the hard drive in the machine will be removed, labeled, secured and retained indefinitely.

**15.** I believe the steps set forth above meets the needs of the court's order of March 19, 2004, and are reasonable and effective.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

John A. Messano

Executed on this 17 day of March, 2005