D

# United States Department of the Interior

THE DEPUTY SECRETARY
Washington, D.C. 20240

APR - 6 2004

Memorandum

To: Secretary
Acting Solicitor
Assistant Secretary – Fish and Wildlife and Parks
Assistant Secretary – Indian Affairs
Assistant Secretary – Land and Minerals Management
Assistant Secretary – Policy, Management and Budget
Assistant Secretary – Water and Science
Inspector General
Deputy Assistant Secretary – Policy
Director, U.S. Geological Survey
Director, Bureau of Land Management
Director, Minerals Management Service
Commissioner, Bureau of Reclamation
Acting Director, Bureau of Indian Affairs
Special Trustee for American Indians
Director, Office of Trust Records
Director, Office of Historical Trust Accounting
Director, Office of Trust Fund Management
Associate Director, Minerals Revenue Management, MMS
Manager, Indian Oil and Gas Compliance and Asset Management, MMS
Regional Director, Southwest Region, BIA
Superintendent, Jicarilla Agency, BIA
Superintendent, Laguna Agency, BIA
Superintendent, Southern Pueblos Agency, BIA

**Return Receipt Requested**

From: J. Steven Griles

Subject: **Court Orders regarding the Pueblo of Laguna and the Jicarilla Apache Nation**

To all Department of the Interior employees,

On March 19, 2004, the United States Court of Federal Claims, issued TWO orders regarding *The Pueblo of Laguna v. United States*, Docket No. 02-24 L (Court of Federal Claims) and *Jicarilla Apache Nation, formerly Jicarilla Apache Tribe v. The United States of America*, Docket No. 02-25 L (Court of Federal Claims).

EXHIBIT 8

In general, the orders require every office and employee of DOI to take reasonable steps to preserve every document, data, or tangible thing in its possession, custody or control, containing information that is relevant to, or may reasonably lead to the discovery of information relevant to, the subject matter involved in the pending litigation. The subject matter of the pending litigation is the management and accounting of the tribal resources and funds of the Pueblo of Laguna and the Jicarilla Apache Nation from August 13, 1946, to January 8, 2002.

Every employee and office within DOI is already under an obligation to preserve all such documents in accordance with my memorandum of March 20, 2002, regarding the preservation of tribal trust documents generally. Please note, however, that the attached orders impose additional requirements.

**Under the orders, DOI employees are now required to preserve a broad range of "Documents, data, and tangible things" that are relevant to, or may reasonably lead to the discovery of information relevant to, the subject matter involved in the pending litigation. "Documents, data, and tangible things" is defined in the order to include voicemail messages, message and activity logs and information that "serves to identify, locate, or link such" relevant material.**

The precise manner in which you preserve relevant voicemails will vary depending on your circumstances. We appreciate that DOI's phone systems are limited in their ability to preserve voice messages. If the system cannot preserve a voicemail, you must record the message in a way that can preserve the message or transcribe the message on to paper. If you chose this method, please make a record of the date and time of the message – the so-called "envelope."

Larry Jensen, Counselor to the Solicitor, has earlier forwarded a similar communication concerning the matter. This memorandum merely reinforces that earlier memorandum.

The Department of Justice requests that this memorandum and its attachments be disseminated to each of the units and/or individuals that are responsible for the handling and preservation of the relevant records at the subagencies. It also requests that we draw your attention to paragraph 7 of the orders which indicate that a "failure to comply may lead to the imposition of sanctions." Any questions about this memorandum should be directed to Cristobal Alvarez at (202) 208-6966.

Please indicate your receipt of this memorandum by returning a signed copy of this memorandum, without attachments, to my office.

Attachments

RECEIVED:______________________________ DATE:__________________________