**U.S. Department of Justice**

Environment and Natural Resources Division

90-2-20-10514, -10515

*Robert W. Rodrigues*
*(202) 353-8839 Direct Dial*
*(202) 353-2021 Primary Telefax*

*Natural Resources Section*
*P.O. Box 663*
*Washington, D.C. 20044-0663*

August 26, 2004

***BY ELECTRONIC AND REGULAR MAIL***

Alan Taradash
Thomas Peckham
NORDHAUS, HALTOM, TAYLOR, TARADASH & BLADH, LLP
405 Dr. Martin Luther King Jr. Avenue, N.E.
Albuquerque, NM 87102

Re: Jicarilla Apache Nation v. United States, No. 02-25L, and Pueblo of Laguna v. United States, No. 02-24L (Court of Federal Claims) (FMA)

Dear Mr. Taradash and Mr. Peckham:

Attached is a letter from Margaret Marquette, the Acting Chief Counsel for the Financial Management Service of the Department of the Treasury, providing information about certain current and proposed back-up tape practices and procedures of the Treasury Department's Financial Management Service (FMS), Bureau of Public Debt (BPD), and Departmental Offices (DO).[1]

Please let me know if you have any questions about the attached letter. Thank you.

Sincerely,

Robert W. Rodrigues
Attorney

Encl.

---

[1] DO is the headquarters component of the Treasury Department, and it includes the offices of the Secretary and other senior officials. DO's functions are to formulate the economic, tax and financial policies and to manage the Department as a whole.

**EXHIBIT 17**

cc(w/encl.): Tony Hoang
Martin LaLonde
Nicolette Romano
Margaret Marquette
Michael Davidson
Teresa Dawson