IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JICARILLA APACHE NATION<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 02-25 L<br>Judge Francis M. Allegra |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTIVE DOCUMENT IN SUPPORT OF DEFENDANT'S MOTION PURSUANT TO SECTION 6 OF MARCH 19, 2004 ORDER, AND [PROPOSED] ORDER**

Defendant hereby brings this unopposed motion for leave to file the declaration of Richard L. Gregg, dated March 11, 2005 (Gregg Declaration), in support of its motion pursuant to Section 6 of this Court's Order dated March 19, 2004 (March 19 Order). In support of this motion, Defendant states the following:

1. On March 18, 2005, Defendant filed a motion and supporting brief pursuant to Section 6 of the March 19 Order. In its motion papers, Defendant cited to the Gregg Declaration. The declaration was the only attachment to the motion.

2. Defendant inadvertently omitted the Gregg Declaration when it filed its motion papers on March 18. Accordingly, Defendant is now moving for leave to file the attached Gregg Declaration as Exhibit A to its motion pursuant to Section 6 of the March 19 Order.

3. Defendant regrets any inconvenience to the Court and Plaintiff as a result of its inadvertent omission.

4. Counsel for Plaintiff does not oppose this motion.

Wherefore Defendant respectfully requests that its motion be GRANTED.

Respectfully submitted this 21st day of March, 2005.

THOMAS L. SANSONETTI
Assistant Attorney General

*/s/ Robert W. Rodrigues*
ROBERT W. RODRIGUES
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 353-8839
Fax: (202) 353-2120

Attorney for Defendant

OF COUNSEL:

BRENDA RIEL
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JICARILLA APACHE NATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-25 L |
| | ) | Judge Francis M. Allegra |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on Defendant's unopposed motion to file the declaration of Richard L. Gregg in support of Defendant's motion pursuant to Section 6 of this Court's Order dated March 19, 2004. Upon consideration of Defendant's motion, it is on this ______ day of March, 2005,

ORDERED that Defendant's motion should be and hereby is GRANTED. The declaration of Richard L. Gregg shall be filed in support of Defendant's motion pursuant to Section 6 of the March 19, 2004 Order.

SO ORDERED.

Date: ____________________

____________________
HON. FRANCIS M. ALLEGRA
Judge, Court of Federal Claims

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JICARILLA APACHE NATION, f.k.a. JICARILLA APACHE TRIBE, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-25 L |
| | ) | Judge Francis M. Allegra |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DECLARATION OF RICHARD L. GREGG**

I, Richard L. Gregg, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am currently employed by the United States Department of the Treasury, Financial Management Service (FMS), as Commissioner. The mission of FMS is to provide central payment services to federal program agencies, operate the federal government's collections and deposit systems, provide government-wide accounting and reporting services, and manage the collection of delinquent debt. I have been employed by Treasury for 35 years and have been in my current position since February 1998. As Commissioner, I have responsibilities for the overall operations of FMS. In addition, I have been extensively involved in the Individual Indian Money (IIM) and Tribal trust litigation as it has affected FMS. The matters set forth below are true to the best of my knowledge, or are based on information I have received from FMS employees.

2. FMS is currently moving its systems toward "enterprise architecture." With an enterprise architecture approach, redundant systems and data are reduced. The goal is to have a more streamlined approach to handling data and systems. Under an enterprise architecture approach,

EXHIBIT A

some data will be funneled into a central "data warehouse" that will be a repository for data that comes from other databases or feeder systems. In those cases where data is funneled into the data warehouse, the data warehouse will preserve the single set of data, and redundant data will be removed from other databases or feeder systems. FMS' movement toward enterprise architecture will therefore result in changing the way we receive, store and manage data but it will not result in the loss of data we need to perform our mission.

3. For security reasons, among others, FMS continues to wipe the hard drives of its surplus desktop personal computers. I have instructed all FMS employees to copy any material related to the Jicarilla and Laguna cases that they might have on their computers to the dedicated e-mail box FMS has established for that purpose. Because the mailbox resides on a network storage device, it is unaffected by the wiping of personal computer hard drives. This e-mail box was discussed in the first status report submitted to the Court on April 26, 2004.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 11th day of March, 2005.

RICHARD L. GREGG