# In the United States Court of Federal Claims

No. 02-25L

(Filed: March 22, 2005)

JICARILLA APACHE NATION, formerly
JICARILLA APACHE TRIBE,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On March 21, 2005, defendant filed an unopposed motion to file the declaration of Richard L. Gregg in support of its pending motion pursuant to Section 6 of the court's order of March 19, 2004. Defendant's unopposed motion is hereby **GRANTED.** The clerk is hereby instructed to file the declaration of Richard L. Gregg in support of defendant's pending motion pursuant to Section 6 of the court's order of March 19, 2004.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge