UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JICARILLA APACHE NATION,<br>f.k.a. JICARILLA APACHE TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Electronically filed<br>April 1, 2004<br><br><br>No.: 02-25 L<br>Judge Francis M. Allegra |

PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION PURSUANT TO
SECTION 6 OF THE MARCH 19, 2004 RECORD RETENTION ORDER

Plaintiff hereby moves pursuant to RCFC 6(b) and 6.1 for an enlargement of time of four days, from April 4, 2005 to and including April 8, 2005, in which to file Plaintiff's Response to Defendant's Motion Pursuant to Section 6 of the March 19, 2004 Record Retention Order. In support of this motion, Plaintiff states as follows:

1. Defendant filed a Motion Pursuant to Section 6 of the March 19, 2004 Record Retention Order, to amend the Record Retention Order, on March 18, 2005.

2. Defendant filed a motion for leave to file a corrective document (the declaration of Richard Gregg) in support of its motion on March 21, 2005.

3. The Court granted Defendant's motion for leave to file the declaration of Richard Gregg on March 22, 2005.

4. Pursuant to RCFC 6(a), 6(e), and 7.1(b), Plaintiff's Response is currently is due on April 4, 2005.

5. Additional time is needed to prepare the Response because Defendant's motion to amend includes a Supplemental Status Report with eighteen attachments, in addition

to the declaration of Richard Gregg, that inform the motion. Plaintiff must review each of these documents thoroughly and address them appropriately before filing its Response.

6. Plaintiff has conferred with Defendant and determined that Defendant does not oppose this motion.

7. This is the first motion for enlargement of time that Plaintiff has requested.

Respectfully submitted,

/s Alan R. Taradash by /s Donald H. Grove

______________________________

Alan R. Taradash
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
405 Dr. Martin Luther King Jr. Ave. NE
Albuquerque, NM 87102-3541
telephone: 505-243-4275
facsimile: 505-243-4464

Attorney of Record for Plaintiff

Of Counsel for Plaintiff:

Thomas J. Peckham
Daniel I.S.J. Rey-Bear
Deidre A. Lujan
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
405 Dr. Martin Luther King Jr. Ave. NE
Albuquerque, NM 87102-3541

Donald H. Grove
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
1401 K Street NW, Suite 801
Washington, DC 20006
telephone: 202-530-1270

facsimile: 202-530-1920

Dated: April 1, 2005