# In the United States Court of Federal Claims

No. 02-25L

(Filed: April 4, 2005)

JICARILLA APACHE NATION, formerly
JICARILLA APACHE TRIBE,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On April 1, 2005, plaintiff filed an unopposed motion for enlargement of time in which to file its response to defendant's motion pursuant to section six of the court's record retention order. That motion is hereby **GRANTED**. Accordingly, on or before April 8, 2005, plaintiff shall file its response to defendant' motion.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge