**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ELOUISE PEPION COBELL, et al., on her own behalf and on behalf of all those similarly situated,** | |
| **Plaintiffs,** | |
| **v.** | **Civil Action No. 96-1285 (RCL)** |
| **GALE NORTON, Secretary of the Interior, et al.,** | |
| **Defendants.** | |

**ORDER**

This matter comes before the Court on the Plaintiffs' Oral Motion ("Plaintiffs' Motion") to Amend the Court's May 26, 2005 Order [2976] for Production ("ZANTAZ Order"). The ZANTAZ Order provides for the production of emails and attachments stored in the ZANTAZ Digital Safe for certain identified government officials and other witnesses. The ZANTAZ Order was entered in reliance on the defendants' representation that "all e-mail sent or received from Interior designated offices is captured at ZANTAZ," as memorialized in the ZANTAZ Order. Upon entry of the ZANTAZ Order, the defendants were relieved of their obligation to produce hard-copy versions of responsive email records except for James Cason, Brian Burns, and Hord Tipton. See ZANTAZ Order at 2.

The defendants now concede that ZANTAZ does not capture all emails sent and received.

Accordingly, upon consideration of the Plaintiffs' Motion, the defendants' arguments in opposition thereto, supplemental information submitted by the plaintiffs, and the entire record



**EXHIBIT 1**

herein, it is hereby

ORDERED that the Plaintiffs' Motion is GRANTED; and it is further

ORDERED that the defendants, in addition to their continuing obligation to produce all responsive ZANTAZ email and attachments, shall produce to the plaintiffs all responsive hard-copy email records relevant to each person named in the ZANTAZ Order; and it is further

ORDERED that the defendants shall complete production of all relevant hard-copy and ZANTAZ email before the testimony of each witness called by the defendants in the evidentiary hearing currently being held by the Court; and it is further

ORDERED that the defendants shall decrypt any documents that are encrypted before they are produced to the plaintiffs.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 7, 2005.