Supplemental Declaration of Robert E. Brown

I, Robert E. Brown, pursuant to 28 U.S.C. 1746, do hereby declare and state:

1. I serve as the Associate Director for Administration and Budget at the Minerals Management Service (MMS), a position I have held since July 1994. I also hold the position of Chief Information Officer (CIO). My responsibilities include oversight of the MMS Nationwide information technology programs. Among my many duties, I supervise a staff devoted to records management and production requirements with respect to all facets of information technology.

2. **Backup Data – Electronic Messages.** Currently, as part of the *Cobell v. Norton* litigation, all MMS electronic mail messages (regardless of content), including attachments, and distribution lists, are captured by a contractor in the Electronic Email Archive System ("EEAS") where the messages are retained indefinitely.

   In addition, MMS has retained e-mail backup tapes on an indefinite basis since prior to the March 19, 2004, records retention order in *Jicarilla Apache Nation v. U.S.* and *Pueblo of Laguna v. U.S.* lawsuits. In April 2005, MMS began transitioning from a Microsoft Exchange 5.5 e-mail system to a Microsoft Exchange 2003 e-mail system. For the Exchange 5.5 system, MMS performs full backups to tape of the e-mail servers, Monday through Friday. These daily backups containing all e-mail messages sent or received by MMS employees are appended to the backup tape each day, and the tapes are stored off-site in perpetuity.

   The Exchange 2003 e-mail system utilizes a journaling server to send messages to the EEAS. The journaling server captures and saves a copy of all e-mail messages sent and received by the Exchange e-mail system. The MMS performs full backups to tape of the journaling server, Monday through Friday. These daily backups containing all e-mail messages sent or received by MMS employees are appended to the backup tape each day, and the tapes are stored off-site in perpetuity.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

[signature]
Robert E. Brown

7/28/05
Date

EXHIBIT 2