UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **JICARILLA APACHE NATION, f.k.a. JICARILLA APACHE TRIBE,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 02-25L** |
| | ) | **Judge Francis M. Allegra** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

## JOINT STATUS REPORT

Plaintiff, the Jicarilla Apache Nation, and Defendant, the United States, (the "parties"), hereby jointly report to the Court regarding their progress on an indexation plan to be submitted to the Court and on other matters.

## I. INDEXATION PLAN STATUS AND DOCUMENT PRODUCTION

Since the last status report filed on April 1, 2005,[1] the parties have continued to work on document production and indexation issues. In many respects, production has subsumed indexation as the parties move forward with an Alternative Dispute Resolution ("ADR") approach, as discussed further below.

Defendant has produced approximately 83,000 documents to Plaintiff since the last report, some of which were marked by Plaintiff for production at Defendant's facilities in Albuquerque during 2004, and some of which were selected by Plaintiff at the box level from

[1] After having regularly filed status reports more frequently than the every-six-months schedule required by the Court's Order of December 13, 2002, the parties now propose, with the Court's approval, to return to the six-month schedule (May 16 and November 16) set out in that Order.

a high-level inventory of Arthur Andersen documents currently stored in Phoenix, Arizona. These documents are in the form of electronic images produced in a Concordance database format. Plaintiff has requested, and Defendant has agreed, to provide Optical Character Recognition ("OCR") text for those and future documents to provide for greater search capability. Defendant has provided almost half of the OCR to Plaintiff to date. Defendant has also agreed to provide to Plaintiff any additional coding it may do on records already produced.

In turn, Plaintiff has produced approximately 140,000 documents to Defendant. Most of these records were gathered from the Jicarilla Agency of the Bureau of Indian Affairs by Plaintiff's contractor. Some were gathered by Plaintiff's contractor from Plaintiff's own records. All of these records contain coding along with OCR text and have been produced in a Concordance database format.

With respect to indexation, the parties have been focused largely on identifying the records that each has received and gathered to date with an eye toward identifying documents which remain to be gathered and produced in support of current ADR efforts. Each party will then make its additional document needs known to the other, and the parties will resume their discussions regarding how indexation or production ought to be handled for specific relevant sites. These issues, including indexation, have been addressed in meetings between the parties in Albuquerque and Dallas, and in a number of teleconferences since the last status report. If the parties are unable to agree upon reasonable indexation methods, they will of course bring any unresolved issues to the attention of the Court. Given the wide range of indexation issues from site to site, the parties will continue to report to the Court on their efforts and, when

practicable, prepare a formal indexation plan as ordered by the Court in its Order of March 19, 2004.

## II. ALTERNATIVE DISPUTE RESOLUTION

As reported to the Court previously, the parties have carved out a significant but discrete issue for early resolution in ADR. The parties continue to make progress on that issue, although the document exchange and analysis portions of the process are consuming more time than the parties anticipated.

The parties are pleased to report that they have also agreed to attempt early resolution through ADR of another very significant issue in this matter. That process was a major focus of a meeting in Dallas, Texas on November 9, 2005. The parties are now in a position to provide a status report to Settlement Judge Eric G. Bruggink on the new ADR process, as well as the one that has been ongoing. The parties anticipate making that report to the Settlement Judge in the next several weeks.

## III. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

In September of 2005, counsel for the United States informed Jicarilla counsel that National Archives and Records Administration ("NARA") staff members had advised Justice attorneys of recent incidents which occurred at NARA, in which permanent records were found discarded in waste receptacles in non-public areas of the facility. The records included historical documents from the Department of Veterans Affairs, the U.S. Army, the War Department, the Navy Department, and the Department of the Interior. Among the discarded documents were some files of the Consolidated Chippewa, including correspondence from the 1940's and 1950's, heirship files, timber sale contracts, and land patents. Additionally, a file

labeled "Blackfeet" was found which contained an Annual Credit Report of the Northern Plains Indian Crafts Association. NARA has not identified any discarded Jicarilla, Laguna, or other Native American documents. Counsel for the United States has offered Jicarilla counsel access to all of the documents implicated in the aforenoted incidents. Counsel for the United States will provide additional relevant information concerning the foregoing events as it becomes available.

The parties shall report further to the Court on these matters of indexation and production of documents on or before May 16, 2006 unless the Court orders otherwise or unless intervening events warrant an earlier report.

Respectfully submitted this 16th day of November, 2005.

/s Alan R. Taradash by /s Donald H. Grove
____________________________
Alan R. Taradash
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Jr. Ave. NE
Albuquerque, NM 87102-3541
telephone: 505-243-4275
facsimile: 505-243-4464

Attorney of Record for Plaintiff

/s Robert Rodrigues by /s Donald H. Grove
____________________________
Robert Rodrigues
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, DC 20044-0663
telephone: 202-305-0484
facsimile: 202-305-0506
Attorney of Record for Defendant

Thomas J. Peckham
Daniel I.S.J. Rey-Bear
Deidre A. Lujan
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Jr Ave NE
Albuquerque, NM 87102
telephone 505-243-4275
Of Counsel

Martin LaLonde
Laura Maroldy
Nicolette Romano
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, DC 20044-0663

Donald H. Grove
Nordhaus Law Firm, LLP
Suite 801
1401 K Street NW
Washington, DC 20005
telephone 202-530-1270
Of Counsel