UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JICARILLA APACHE NATION,<br>f.k.a. JICARILLA APACHE TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Electronically filed<br>November 30, 2005<br><br>No. 02-25 L<br>Judge Francis M. Allegra |

JOINT MOTION TO ESTABLISH SCHEDULE FOR FILING OF STATUS REPORTS

Plaintiff, the Jicarilla Apache Nation, and Defendant, the United States, ("the Parties"), filed their Joint Status Report ("Report") in this action on November 16, 2005. In that Report, the Parties proposed to resume filing Status Reports every six months, with the 2006 Reports to be due on May 16, and November 16, 2006. Joint Status Report, November 16, 2005, n. 1. Having reconsidered the proposed 2006 filing dates and the frequency of those filings, as well as the suggestions of this Court, the Parties now respectfully move this Court to authorize the Parties to file Joint Status Reports every 90 days, with the first report to be filed on February 15, 2006, and, thereafter, on May 16, 2006, August 14, 2006, and November 13, 2006.

Wherefore, the Parties respectfully move that their joint motion be granted.

Respectfully submitted this 30th day of November, 2005.

s/ Alan R. Taradash by R.W. Rodgrigues

Alan R. Taradash
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Jr. Ave. NE
Albuquerque, NM 87102-3541
Telephone: 505-243-4275
Facsimile: 505-243-4464

Attorney of Record for Plaintiff

s/ Robert W. Rodgrigues

Robert Rodrigues
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-353-8839
Facsimile: 202-353-2021

Attorney of Record for Defendant

Thomas J. Peckham
Daniel I.S.J. Rey-Bear
Deidre A. Lujan
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Jr Ave NE
Albuquerque, NM 87102
Telephone 505-243-4275

Of Counsel

Donald H. Grove
Nordhaus Law Firm, LLP
Suite 801
1401 K Street, N.W.
Washington, D.C. 20005
Telephone 202-530-1270

Of Counsel

Martin LaLonde
Laura Maroldy
Nicolette Romano
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

Of Counsel