# In the United States Court of Federal Claims

No. 02-25L

(Filed: December 8, 2005)

JICARILLA APACHE NATION, formerly
JICARILLA APACHE TRIBE,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On November 30, 2005, the parties filed a joint motion to establish a schedule for filing of status reports every 90 days, with the first report to be filed on February 15, 2006. That motion is hereby **GRANTED**. Accordingly, the parties shall file a joint status report on the progress of the ongoing ADR process in this case on or before February 15, 2006, with subsequent reports to follow every 90 days thereafter.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge