# In the United States Court of Federal Claims

No. 02-25L

(Filed: December 23, 2005)

---

JICARILLA APACHE NATION, formerly
JICARILLA APACHE TRIBE,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A telephonic status conference will be held in this case on Tuesday, January 10, 2006, at 10:00 a.m. (EST). Chambers will contact both parties shortly before the scheduled conference time.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge