# In the United States Court of Federal Claims

(Filed: March 7, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * *

JICARILLA APACHE NATION,

*Plaintiff*,

v. No. 02-25L

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the parties' February 15, 2006 Joint ADR Status Report, a telephonic status conference will be held Monday, March 20, 2006, 3:00 p.m. eastern (2:00 p.m. central). The call will be placed from chambers and will not be recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Francis M. Allegra