# In the United States Court of Federal Claims

(Filed: May 3, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * *
JICARILLA APACHE NATION,

*Plaintiff*,

v. No. 02-25L

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

The court's order of April 11, 2006, is vacated and the following is ORDERED:

An ADR conference with the parties is scheduled for Wednesday, June 28, 2006, at 2:30 p.m. central. Counsel for both parties shall appear in person. The conference will be held in Albuquerque, New Mexico.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Francis M. Allegra