UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JICARILLA APACHE NATION, f.k.a. JICARILLA APACHE TRIBE, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-25L Judge Francis M. Allegra |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiff, the Jicarilla Apache Nation, and Defendant, the United States, (the "parties"), hereby jointly report to the Court regarding their progress on an indexation plan to be submitted to the Court and on other matters.

## I. INDEXATION PLAN STATUS AND DOCUMENT PRODUCTION

Since the last status report filed on February 15, 2006, the parties have continued to cooperate on document production and indexation issues. As previously reported, in many respects, production has subsumed indexation as the parties move forward with Alternative Dispute Resolution ("ADR"), as discussed further below.

The parties have continued to focus largely on identifying the records that each has received and gathered to date with an eye toward identifying documents which remain to be gathered and produced in support of current ADR efforts. For example, Defendant has made two supplemental productions of documents: (1) On February 22, 2006, Defendant provided a supplemental production of documents from the Office of Trust Records ("OTR"); (2) On May 1, 2006, Defendant provided a supplemental production of documents, which included OTR documents, and also included some Optical Character Recognition ("OCR") text. Plaintiff still

awaits OCR text for a limited number of documents. In addition, Plaintiff has provided detailed coding and OCR text for all records in the two supplemental electronic document productions made since February 15, 2006: (1) On March 1, 2006 and (2) On March 27, 2006. The Parties anticipate making another supplemental production of documents in the near future.

These issues, including indexation, have been addressed in teleconferences since the last status report including a telephone status conference between the parties on March 17, 2006 and another on March 20, 2006 with ADR Judge Eric Bruggink. If the parties are unable to agree upon reasonable indexation methods, they will of course bring any unresolved issues to the attention of the Court. Given the wide range of indexation issues from site to site, the parties will report to the Court on their progress and, when practicable, continue preparation of a formal indexation plan as ordered by the Court in its Order of March 19, 2004.

## II. ALTERNATIVE DISPUTE RESOLUTION

As discussed during the March telephone conference with Judge Bruggink, an ADR status and scheduling conference has been scheduled with Judge Bruggink for June 28, 2006 at the Pueblo of Santa Ana Tamaya Hyatt Resort from 2:30 - 4:00 p.m. (coinciding with the Federal Circuit Bar Association's Bench and Bar Conference).

Respectfully submitted this 16th day of May, 2006.

/s Alan R. Taradash by /s Donald H. Grove

_______________________________

Alan R. Taradash
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Jr. Ave. NE
Albuquerque, NM 87102-3541
telephone: 505-243-4275
facsimile: 505-243-4464

Attorney of Record for Plaintiff

Thomas J. Peckham
Daniel I.S.J. Rey-Bear
Deidre A. Lujan
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Jr Ave NE
Albuquerque, NM 87102
telephone 505-243-4275
Of Counsel

Donald H. Grove
Nordhaus Law Firm, LLP
Suite 801
1401 K Street NW
Washington, DC 20005
telephone 202-530-1270
Of Counsel

/s Robert Rodrigues by /s Donald H. Grove

_______________________________

Robert W. Rodrigues
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
telephone: 202-305-0484
facsimile: 202-305-0506

Attorney of Record for Defendant

Martin LaLonde
Laura Maroldy
Kenneth Stegeby
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, DC 20044-0663