UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JICARILLA APACHE NATION,<br>f.k.a. JICARILLA APACHE TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 02-25L<br>Judge Francis M. Allegra |

**JOINT STATUS REPORT**

Plaintiff, the Jicarilla Apache Nation, and Defendant, the United States, (the "parties"), respectfully submit this Joint Status Report to the Court regarding the parties' progress on document production, indexation issues and ADR since their last joint status report filed on August 14, 2006**.**

## I. DOCUMENT PRODUCTION

As reported to the Court in the parties' recent status reports, focus has been placed on the parties' production of documents related to a discrete segment of claims at issue in ADR. Notwithstanding the obstacles noted in prior status reports, the parties continue to make significant progress toward completing document production for one of the two significant issues currently being addressed in ADR while progressing with document production on other fronts as well.

Plaintiff has finalized its production to the United States of the Jicarilla Agency documents it has collected thus far. Plaintiff is also in the process of finalizing its last production of Jicarilla Tribal documents that are relevant to one of the two significant issues in ADR while continuing to retrieve, scan and code documents relevant to the other issue. All of the documents have been produced to the United States with detailed coding and OCR text.

The United States has made several productions of documents since the parties' last status report including a very significant amount of additional information in the latter weeks of October. Plaintiff is examining those documents. The parties have scheduled conference calls and a December meeting in Albuquerque in connection with the Government's latest production. The United States has continued to perform OCR on documents. The condition of some original documents has continued to prevent accurate interpretation by OCR software. OCR limitations and the limited previous coding produced by the United States have continued to impact Plaintiff's efforts to search for relevant documents.

In light of these obstacles, Plaintiff assembled a team of approximately 20 coders to recode certain groups of documents previously produced by the United States. Additionally, in response to Plaintiff's requests, on October 19, 2006 the parties participated in a fruitful and meaningful discussion regarding the level of document coding. The United States agreed to produce more comprehensive coding for its future document productions and is going to reproduce certain previously-produced collections with additional coding. This discussion and agreement largely resolved this ongoing point of contention.

The parties are now focused largely on identifying the records that each has received and gathered to date with an eye toward identifying documents which remain to be gathered and produced in support of current ADR efforts. Plaintiff has provided the United States with a prioritized list of documents it seeks. The United States also anticipates providing the Plaintiff with a prioritized production list upon receipt of a supplemented list of claims. The parties are working together to identify and retrieve those documents.

## II. INDEXATION

As discussed above, the parties have reached an agreement on enhanced document coding issues. The parties have continued to exchange documents and address these issues through ongoing telephone and e-mail correspondence. The parties anticipate returning to discussion of indexing issues as ADR issues are resolved.

**III. ADR**

On September 29, 2006 and on November 2, 2006, counsel for the parties joined in preliminary telephone conferences to discuss ADR, coding, and other discovery issues. These telephone conferences between the parties themselves were each followed by ADR status and scheduling conferences with Judge Eric Bruggink. The parties and Judge Bruggink have agreed to conduct monthly conference calls as document collection proceeds. The parties will meet with their respective experts via teleconference on November 16, 2006 and in person along with Judge Bruggink (if his schedule allows) in early December in Albuquerque, New Mexico to discuss questions raised based on documents already produced and to discuss the need for further production.

As reported to the Court previously, the parties are continuing to make substantial progress in ADR on one of two significant but discrete issues in the above-captioned case. The parties have been working cooperatively, although document production and coding issues have consumed more time than the parties anticipated for the reasons stated above. Nonetheless the parties have projected a schedule for completing certain tasks for one of the two issues in ADR and, through their experts, are simultaneously discussing methodologies to advance the other major issue.

The parties shall report further to the Court on these matters of indexation and production of documents on or before February 12, 2007 unless the Court orders otherwise or unless intervening events warrant an earlier report.

Respectfully submitted this 13th day of November, 2006.

/s Alan R. Taradash
by /s Donald H. Grove
Alan R. Taradash
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Jr. Ave. NE
Albuquerque, NM 87102-3541
telephone: 505-243-4275
facsimile: 505-243-4464

Attorney of Record for Plaintiff

Thomas J. Peckham
Daniel I.S.J. Rey-Bear
Deidre A. Lujan
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Jr Ave NE
Albuquerque, NM 87102
telephone 505-243-4275
Of Counsel

Donald H. Grove
Nordhaus Law Firm, LLP
Suite 801
1401 K Street NW
Washington, DC 20005
telephone 202-530-1270
Of Counsel

/s Robert Rodrigues
by /s Donald H. Grove
Robert Rodrigues
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
telephone: 202-305-0484
facsimile: 202-305-0506

Attorney of Record for Defendant

Martin LaLonde
Laura Maroldy
Kenneth Stegeby
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663