# In the United States Court of Federal Claims

(Filed: December 8, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * *
JICARILLA APACHE NATION,

*Plaintiff*,

v. No. 02-25L

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

An ADR conference with the parties is scheduled for Monday through Tuesday, December 11-12, 2006, beginning at 1:30 p.m. central on December 11 and at 9:00 a.m. central on December 12. Counsel for both parties shall appear in person. The conference will be held in Albuquerque, New Mexico.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Francis M. Allegra