# UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JICARILLA APACHE NATION, f.k.a. JICARILLA APACHE TRIBE, Plaintiff, | ) | |
| v. | ) | No. 02-25L<br>Judge Francis M. Allegra |
| UNITED STATES OF AMERICA, Defendant. | ) | |

## JOINT STATUS REPORT

Plaintiff, the Jicarilla Apache Nation, and Defendant, the United States, (the "parties"), respectfully submit this Joint Status Report to the Court regarding the parties' progress on document production, indexation issues, and ADR since their last joint status report filed on November 13, 2006.

## I. DOCUMENT PRODUCTION

As reported to the Court in the parties' recent status reports, primary focus has been placed on the parties' production of documents related to one of two significant issues being addressed in ADR. The parties continue to work cooperatively and diligently in their efforts to finalize the document production phase for this discrete segment of claims, and have made significant progress toward completing document production by resolving certain related obstacles. Plaintiff is in the process of finalizing its last production of Jicarilla Tribal documents that are relevant to a primary issue currently being addressed in ADR. In an effort to facilitate the process, Plaintiff has agreed to produce certain documents to the United States that have been an ongoing source of contention. That agreement and effort to address these requests by the United States may greatly advance the

parties' progress towards finalizing the production of documents. Additionally, Plaintiff is addressing several isolated technical database issues related to some of Plaintiff's document production that have been identified by the United States.

Likewise, the United States has acknowledged and is working to resolve issues relating to the production of certain previously produced collections. The United States has agreed to reproduce these collections with significant additional coding. Additionally, Plaintiff continues to work to overcome other shortcomings in other United States' productions, most notably limited coding. In light of these obstacles, and as previously reported to the Court, Plaintiff has assembled a team of approximately 20 coders to recode certain groups of documents previously produced by the United States and is working diligently to complete this task. Plaintiff is hopeful that prior meaningful discussions with the United States regarding the level of document coding will alleviate these obstacles in future productions.

The parties, simultaneously with the exchange of documents and information, continue to focus on identifying the documents that each has received and gathered to date with an eye toward identifying documents which remain to be gathered and produced in support of current ADR efforts. Plaintiff has provided the United States with a prioritized list of documents and information it seeks. The parties have engaged in several telephone conferences and conducted an in-person ADR meeting with Judge Bruggink on December 11-12, 2006 at Plaintiff's office in Albuquerque, New Mexico, in part to discuss the status of the parties' productions. The parties maintain their commitment to work together to identify and retrieve documents and information related to a primary issue currently being addressed in ADR.

As to one of the other significant issues being addressed in ADR, Plaintiff continues to retrieve, scan and code documents relevant to this issue for production to the United States. Also, the United States has begun to provide Plaintiff with information and documents related to this issue.

The parties have also engaged in numerous discussions addressing alternative methodologies that may be adaptable to the ADR process that will significantly speed up resolution of the oil and gas issues that are involved herein. These discussions are ongoing with the hope of resolution of some of the issues in the near future.

## II. INDEXATION

The parties remain mindful of the Court's March 19, 2004 order mandating that the parties' meet and confer "to develop a plan for indexing documents, data, and tangible things reasonably anticipated to be subject to discovery in this case." As previously reported to the Court, in many respects, document production and document database coding have subsumed indexation as the parties focus on advancing ADR, and the parties will continue to address indexation issues on a site by site basis so long as that approach both permits sufficient progress in ADR and is acceptable to the Court. The parties will of course bring any unresolved issues to the attention of the Court.

## III. ADR

The parties have been actively engaged in efforts to resolve this case since the last status report, including conducting several telephone conferences as well as an in-person meeting on December 11-12, 2006 of the parties and their respective accounting experts at Plaintiff's office in Albuquerque, New Mexico to discuss one of the two significant issues being addressed in ADR as well as related document production, coding, and other discovery issues. ADR Judge Bruggink attended that meeting and offered helpful observations and suggestions.

The parties' experts have been devoting an increasing amount of time to analyze and evaluate the documents that have been gathered and produced to date. The parties' experts are also involved in other major issues in ADR and are discussing and developing possible methodologies in an effort to advance resolution of other issues.

As noted above, the parties continue to work cooperatively and in good faith in ADR to mutually resolve all disputes related to document production, coding, and other discovery issues. As a result, the parties continue to make steady progress in ADR. The parties will continue to conduct conference calls between themselves, and with Judge Bruggink as appropriate.

The parties shall report further to the Court on the matters of indexation and production of documents on or before May 14, 2007 unless the Court orders otherwise or unless intervening events warrant an earlier report.

Respectfully submitted this 12th day of February, 2007.

/s Alan R. Taradash
by /s Donald H. Grove
Alan R. Taradash
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Jr. Ave. NE
Albuquerque, NM 87102-3541
telephone: 505-243-4275
facsimile: 505-243-4464

Attorney of Record for Plaintiff

/s Robert W. Rodrigues
by /s Donald H. Grove
Robert W. Rodrigues
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
telephone: 202-305-0484
facsimile: 202-305-0506

Attorney of Record for Defendant

Thomas J. Peckham
Daniel I.S.J. Rey-Bear
Deidre A. Lujan
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Jr Ave NE
Albuquerque, NM 87102
telephone 505-243-4275
Of Counsel

Martin J. LaLonde
Laura Maroldy
E. Kenneth Stegeby
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663

Donald H. Grove
Nordhaus Law Firm, LLP
Suite 801
1401 K Street NW
Washington, DC 20005
telephone 202-530-1270
Of Counsel