**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| JICARILLA APACHE NATION, f.k.a. JICARILLA APACHE TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 02-25L<br>Judge Francis M. Allegra |

**JOINT MOTION FOR ONE DAY ENLARGEMENT**
**OF TIME TO FILE JOINT STATUS REPORT**

Plaintiff, the Jicarilla Apache Nation, and Defendant, the United States, (the "Parties"), respectfully move this Court for a one (1) day enlargement of time to and including Tuesday, May 15, 2007, for the filing of their periodic Joint Status Report ("JSR") concerning the ADR and document production process since their last JSR, filed on February 12, 2007.

The parties file a JSR with the Court every ninety (90) days to report on the progress in pursuing ADR, related document exchange issues, and other significant matters. The regular JSR is due today, May 14, 2007. While the Parties have diligently been pursuing communications regarding the current JSR, the review process has taken more time than originally projected. Specifically, in an effort to make the JSR useful and meaningful for the Court, the Parties have sought to be as detailed as possible and thus believe that a one (1) day extension for the filing of this JSR would be beneficial in achieving that objective. With permission of this Court, the Parties intend to file the JSR during business hours tomorrow, Tuesday, May 15, 2007.

For the foregoing reasons, the Parties respectfully request that the Court grant this Joint Motion for One Day Enlargement of Time to File Joint Status Report.

Dated: May 14, 2007.

/s Alan R. Taradash
by /s Robert W. Rodrigues
Alan R. Taradash
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Jr. Ave. NE
Albuquerque, NM 87102-3541
telephone: 505-243-4275
facsimile: 505-243-4464

Attorney of Record for Plaintiff

Thomas J. Peckham
Daniel I.S.J. Rey-Bear
Deidre A. Lujan
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Jr Ave NE
Albuquerque, NM 87102
telephone 505-243-4275
Of Counsel

Donald H. Grove
Nordhaus Law Firm, LLP
Suite 801
1401 K Street NW
Washington, DC 20005
telephone 202-530-1270
Of Counsel

/s Robert W. Rodrigues
Robert W. Rodrigues
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
telephone: 202-305-0484
facsimile: 202-305-0506

Attorney of Record for Defendant

Martin J. LaLonde
Laura Maroldy
E. Kenneth Stegeby
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663