# In the United States Court of Federal Claims

(Filed: May 31, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * *
JICARILLA APACHE NATION,

*Plaintiff*,

v. No. 02-25L

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

As agreed to during the status conference of May 31, 2007, a telephonic status conference with the parties is scheduled for Monday, June 25, 2007 at 11:00 a.m. eastern. The call will be placed from chambers and will not be recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Francis M. Allegra