# In the United States Court of Federal Claims

No. 02-25L

(Filed: June 28, 2007)

JICARILLA APACHE NATION, formerly
JICARILLA APACHE TRIBE,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

A telephonic status conference will be held in this case on Friday, July 20, 2007, at following oral argument in *Navajo Nation v. United States*, No. 06-945L which begins at 2:00 p.m. (EDT).

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge