# In the United States Court of Federal Claims

(Filed: October 2, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * *
JICARILLA APACHE NATION,

*Plaintiff*,

v. No. 02-25L

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference with the parties is scheduled for Wednesday, December 5, 2007 at 12:00 p.m. eastern. The call will be placed from chambers and will not be recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Francis M. Allegra