**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| JICARILLA APACHE NATION,<br>f.k.a. JICARILLA APACHE TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 02-25L<br>Judge Francis M. Allegra |

**JOINT STATUS REPORT**

Plaintiff, the Jicarilla Apache Nation, and Defendant, the United States, (the "parties"), hereby jointly report to the Court regarding the parties' progress on document production, indexation issues, and ADR since their last joint status report filed on August 14, 2007.

## I. DOCUMENT PRODUCTION

The parties continue to work together closely to address document production issues related to a discrete segment of claims at issue in ADR. The parties are pleased with the progress being made in the exchange of documents and in the resolution of issues related to the parties' document requests.

Since the last status report, in the context of ADR, the parties have engaged in two telephonic conferences with Senior Judge Bruggink, focusing, as necessary, on document production issues. The parties also continue their written and oral discussions regarding the production of information and specific categories of documents that are relevant to the claims in ADR.

As previously reported to the Court, Plaintiff states that it has expended a substantial amount of resources to recode a majority of the documents that Defendant originally produced to Plaintiff.

Plaintiff continues its efforts to recode these documents. Plaintiff has also been recoding in greater detail documents Plaintiff collected from various tribal repositories and previously produced to Defendant. Defendant is progressing with recoding and reproducing a discrete collection of documents with additional coding.

In an effort to facilitate ADR discussions, Plaintiff has offered to share its recoding work product with Defendant and has made significant progress in the production of such information to Defendant. Defendant's coding work will be produced to Plaintiff as a part of the reproduction discussed above. The parties believe that their coding efforts will greatly facilitate the parties' exchange of relevant documents and information, because the additional coding will assist the parties in locating, with considerable precision, documents related to the claims in ADR. This information also will enable the parties to determine with specificity the status of their production requests. In turn, the parties will be able to concentrate their efforts on locating key documents that each is lacking.

The parties will continue to meet and confer to discuss documents which remain to be gathered and produced, as well as how the parties should proceed to fulfill any outstanding document requests.

The parties continue their discussions regarding the other significant issue currently being addressed in ADR. While the parties are still in the early stage of the process, the parties continue to identify, collect, image, and code documents relevant to this issue.

## II. INDEXATION

As previously reported to the Court, the parties continue to work cooperatively to address indexation issues. If it remains acceptable to the Court, the parties will continue to use a case-by-case approach to address the sufficiency of existing indices and inventories at each repository that

the parties have determined may contain records relevant to the primary issue being addressed in ADR.

As the parties concentrate their efforts on determining the status of specific categories of documents, they remain committed to working together to resolve any indexation issues related to the retrieval of documents that remain outstanding. If necessary, one of Defendant's contractors will assist Plaintiff in locating any outstanding documents by performing additional searches in Defendant's Box Inventory Search System to identify boxes that may contain documents that the parties are lacking.

**III. ADR**

The parties continue to make significant progress in the ADR proceedings. Since the last status report, as noted above, the parties have participated in two ADR telephonic status conferences with Senior Judge Bruggink. The next telephonic status conference is scheduled for December 5, 2007 and the parties anticipate a meeting in-person with Judge Bruggink early in 2008.

The parties continue to discuss document production issues, however, they have started to concentrate more of their ADR efforts on the substance of the primary issue currently being addressed in ADR. The parties' experts continue to devote a substantial amount of time to the analysis of the documents and information related to the claims related to that issue. Plaintiff expects that computer models being developed by its experts will allow both parties' experts to examine examples of certain categorical claims asserted by Plaintiff. This will allow the parties to engage in a meaningful discussion about specific issues. The parties will work together closely to resolve the issues with Judge Bruggink's guidance, as appropriate.

The parties remain pleased with the ADR proceedings, and will continue to work collectively to resolve all disputes related to document production, coding, and other ADR issues.

The parties shall report further to the Court on these matters of indexation, production of documents, and progress of ADR on or before February 12, 2008 unless the Court orders otherwise or unless intervening events warrant an earlier report.

Respectfully submitted this 13th day of November, 2007.

/s Alan R. Taradash
by /s Donald H. Grove
Alan R. Taradash
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Jr. Ave. NE
Albuquerque, NM 87102-3541
telephone: 505-243-4275
facsimile: 505-243-4464

Attorney of Record for Plaintiff

Thomas J. Peckham
Daniel I.S.J. Rey-Bear
Deidre A. Lujan
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Jr Ave NE
Albuquerque, NM 87102
telephone 505-243-4275
Of Counsel

Donald H. Grove
Nordhaus Law Firm, LLP
Suite 801
1401 K Street NW
Washington, DC 20005
telephone 202-530-1270
Of Counsel

/s Robert W. Rodrigues
by /s Donald H. Grove
Robert W. Rodrigues
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
telephone: 202-305-0484
facsimile: 202-305-0506

Attorney of Record for Defendant

Laura Maroldy
E. Kenneth Stegeby
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663