**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JICARILLA APACHE NATION, f.k.a. JICARILLA APACHE TRIBE, Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | ) | No. 02-25L<br>Judge Francis M. Allegra |

**JOINT STATUS REPORT**

Plaintiff, the Jicarilla Apache Nation, and Defendant, the United States, (the "parties"), hereby jointly report to the Court regarding the parties' progress on document production, indexation issues, and ADR since their last joint status report filed on November 13, 2007.

**I. DOCUMENT PRODUCTION**

The parties continue to work together closely to address document production issues related to a discrete segment of claims at issue in ADR. The parties are pleased with the progress being made in the exchange of documents and in the resolution of issues related to the parties' document requests.

Since the last status report, in the context of ADR, the parties have engaged in two telephonic conferences with Senior Judge Bruggink, focusing on document production issues, the prospect of document sharing between cases, and discussion of the process for dealing with substantive issues. The parties also continue their written and oral discussions regarding the production of information and specific categories of documents that are relevant to the claims in ADR and proposals for

dealing with substantive issues including plaintiff's computer modeling, related legal briefing, and consultation between the parties' experts.

As previously reported to the Court, Plaintiff states that it has expended a substantial amount of resources to recode a majority of the documents that Defendant originally produced to Plaintiff. Plaintiff continues its efforts to provide Defendant with electronic files containing Plaintiff's enhanced coding for those documents and for documents Plaintiff collected from various tribal repositories and previously produced to Defendant. Defendant is also continuing to progress with recoding and reproducing a discrete collection of documents with additional coding.

The parties believe that their coding efforts will greatly facilitate the parties' exchange of relevant documents and information, because the additional coding will assist the parties in locating, with considerable precision, documents related to the claims in ADR. This information also will enable the parties to determine with specificity the status of their production requests. In turn, the parties will be able to concentrate their efforts on locating key documents that each is lacking. Indeed, the benefits of the parties' coding efforts are already being realized. The parties will continue to meet and confer to discuss documents which remain to be gathered and produced, as well as how the parties should proceed to fulfill any outstanding document requests.

The parties continue their discussions regarding the other significant issue currently being addressed in ADR. While the parties are still in the early stage of the process, the parties continue to identify, collect, image, and code documents relevant to this issue.

With regard to the production of documents and the delivery of privilege logs, the Defendant has made considerable progress in reviewing and modifying the privilege logs for the Arthur Andersen/Iron Mountain and Joe Christie collections. Significant progress has been made thus far, and the Defendant hopes to deliver the modified privilege logs in advance of the status conference

with Judge Bruggink scheduled for February 22, 2008. In addition, the Defendant will be providing Tier I of Arthur Anderson/Iron Mountain before February 22, 2008. Plaintiff remains hopeful that all additional outstanding privilege logs issues will be promptly resolved thereafter.

## II. DISCOVERY SHARING

By letter of November 30, 2007, Plaintiff here and the Plaintiffs in *Pueblo of Laguna v. United States*, No. 02-24L, and *Navajo Nation v. United States*, No. 06-945L, proposed to modify the materially identical CAPOs entered in each of these indirectly related cases to allow all three Plaintiffs to share discovery materials produced by Defendant in any one of these cases, to avoid duplicative discovery and promote judicial economy. The parties subsequently discussed this proposal during an ADR Status Conference with Senior Judge Bruggink on December 5, 2007. By letter of December 21, 2007, Plaintiff provided to Defendant additional legal support for its proposal.

The parties discussed these matters further during a conference call on January 9, 2008, and during an ADR Status Conference on January 18, 2008. If the parties cannot resolve this issue on their own, they intend to seek the assistance of Senior Judge Bruggink during an ADR Status Conference scheduled for February 22, 2008. Thereafter, Plaintiffs in all three of these cases will file a consolidated motion with the Court in all three cases to modify the respective CAPOs to allow for discovery sharing among the Plaintiffs. Plaintiffs remain hopeful that such a motion can be filed with the concurrence of Defendant.

## III. INDEXATION

As previously reported to the Court, the parties continue to work cooperatively to address indexation issues. The parties will continue to use a case-by-case approach to address the

sufficiency of existing indices and inventories at each repository that the parties have determined may contain records relevant to the primary issue being addressed in ADR.

As the parties concentrate their efforts on determining the status of specific categories of documents, they remain committed to working together to resolve any indexation issues related to the retrieval of documents that remain outstanding. If necessary, as has been done in the past, Defendant will continue to work with Plaintiff in completing additional searches in Defendant's Box Inventory Search System to identify boxes that may contain documents that the parties are lacking.

**III. ADR**

The parties continue to make significant progress in the ADR proceedings. Since the last status report, as noted above, the parties have participated in two ADR telephonic status conferences with Senior Judge Bruggink. The next telephonic status conference is scheduled for February 22, 2008.

The parties continue to discuss document production issues, however, they have started to concentrate more of their ADR efforts on the substance of the primary issue currently being addressed in ADR. The parties' experts continue to devote a substantial amount of time to the analysis of the documents and information related to the claims related to that issue. Plaintiff expects that computer models being developed by its experts will allow both parties' experts to examine examples of certain categorical claims asserted by Plaintiff. Once Defendant receives the models, they will be distributed to Government consultants and experts, which will in turn facilitate more focused and productive discussions between the parties regarding the models and meaningful discussion about specific related issues.

The parties have agreed with Judge Bruggink to address during status conferences, as practical, three cases all now in ADR, including matters common to all three cases. These three cases are: the above-captioned case as well as *Pueblo of Laguna v. United States*, No. 02-24L, and *Navajo Nation v. United States*, No. 06-945L. The parties will work together closely to resolve the issues with Judge Bruggink's guidance, as appropriate.

The parties remain pleased with the ADR proceedings, and will continue to work collectively to resolve all disputes related to document production, coding, privilege and other ADR issues.

The parties shall report further to the Court on these matters of indexation, production of documents, and progress of ADR on or before May 12, 2008 unless the Court orders otherwise or unless intervening events warrant an earlier report.

Respectfully submitted this 12th day of February, 2008.

/s Alan R. Taradash
by /s Donald H. Grove
Alan R. Taradash
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Jr. Ave. NE
Albuquerque, NM 87102-3541
telephone: 505-243-4275
facsimile: 505-243-4464

Attorney of Record for Plaintiff

/s Robert W. Rodrigues
by /s Donald H. Grove
Robert W. Rodrigues
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
telephone: 202-305-0484
facsimile: 202-305-0506

Attorney of Record for Defendant

Thomas J. Peckham
Daniel I.S.J. Rey-Bear
Deidre A. Lujan
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Jr Ave NE
Albuquerque, NM 87102
telephone 505-243-4275
Of Counsel

Donald H. Grove
Nordhaus Law Firm, LLP
Suite 801
1401 K Street NW
Washington, DC 20005
telephone 202-530-1270
Of Counsel

Ayako Sato
E. Kenneth Stegeby
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663

Gladys Cojocari
Holly Clement
U.S. Department of Interior
Office of the Solicitor
Washington, DC 20240
Of Counsel