# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JICARILLA APACHE NATION,<br>*Plaintiff,*<br>v.<br>UNITED STATES,<br>*Defendant.* | No. 02-25L<br>Judge Allegra |

## MOTION TO CHANGE COUNSEL

Plaintiff Jicarilla Apache Nation, by undersigned counsel, respectfully moves the Court pursuant to CFC Rule 83.1(c)(4) to change its attorney of record from Alan R. Taradash to Steven D. Gordon.

An affidavit of appointment by Mr. Gordon is attached and the consent of Mr. Taradash is annexed hereto.

WHEREFORE it is respectfully requested that this motion be granted.

Dated: April 17, 2008

Respectfully submitted,

/s/ Steven D. Gordon

Steven D. Gordon
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006-6801
(202) 457-7038
(202) 955-5564 (fax)

*Counsel for Plaintiff Jicarilla Apache Nation*

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| JICARILLA APACHE NATION,<br>*Plaintiff,*<br>v.<br>UNITED STATES,<br>*Defendant.* | No. 02-25L<br>Judge Allegra |

**AFFIDAVIT OF APPOINTMENT AS COUNSEL**

Steven D. Gordon, being duly sworn, deposes and says:

1. I am competent to give this affidavit and have personal knowledge of the matters set forth herein.

2. I am a partner in the law firm of Holland & Knight LLP and a member of the bar of this Court.

3. Holland & Knight LLP has recently been retained by plaintiff Jicarilla Apache Nation to represent it in this case, and I will be the attorney of record.

Steven D. Gordon

Sworn to and subscribed before me, a notary public for the District of Columbia, this 16th day of April, 2008.

Notary Public

My Commission expires

M. SHERELL ARD
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2013

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| JICARILLA APACHE NATION,<br>*Plaintiff,*<br>v.<br>UNITED STATES,<br>*Defendant.* | No. 02-25L<br>Judge Allegra |

**CONSENT TO CHANGE OF COUNSEL**

Heretofore I have been the attorney of record in this matter for plaintiff Jicarilla Apache Nation. I have reviewed the Motion to Change Counsel filed on behalf of plaintiff by Steven D. Gordon and Mr. Gordon's affidavit of appointment as counsel by plaintiff. I hereby consent to the granting of this motion.

Alan R. Taradash
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Jr. Ave NE
Albuquerque, New Mexico 87102

# 5271958_v1