IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JICARILLA APACHE NATION, f.k.a. JICARILLA APACHE TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 02-25L<br>Judge Francis M. Allegra |

**MOTION TO VACATE STAY OF PROCEEDINGS**

Plaintiff Jicarilla Apache Nation respectfully moves the Court to vacate the stay of proceedings that the Court ordered on December 13, 2002, and restore this case to the active docket. In support of this motion, Plaintiff relies on the following points and authorities.

1. By an Order filed on December 13, 2002, the Court stayed proceedings in this case until further notice, and the case was referred to Senior Judge Eric Bruggink to conduct an alternative dispute resolution (ADR) process. The Court directed that the parties periodically file joint status reports regarding the progress of ADR and notify the Court immediately if there is a need to restore this case to the active docket.

2. On May 12, 2008, the parties filed their most recent joint status report on the ADR process. The status report explained that counsel for Plaintiff recently transmitted to counsel for Defendant and to Judge Bruggink detailed submissions regarding certain claims relating to Defendant's management of Plaintiff's trust accounts during the period from July 1, 1972, through September 30, 1972. Plaintiff's expert calculated the damages for these claims to exceed $300 million.

3. Plaintiff does not believe that claims of this magnitude can be settled, if at all, through an ADR process that is divorced from an ongoing pretrial process with a firm trial date. Accordingly, Plaintiff believes that this case needs to be restored to the active docket and to proceed toward trial, at least with respect to the fiscal claims involved in the first phase of ADR.

4. Accordingly, Plaintiff respectfully requests that the Court vacate the stay of proceedings that it ordered on December 13, 2002, and restore this case to the active docket. Plaintiff further requests that the Court set a scheduling conference in this matter at its earliest convenience.

WHEREFORE, it is respectfully requested that Plaintiff's motion to vacate the stay of proceedings in this matter be granted and that this case be restored to the Court's active docket.

Respectfully submitted this 13th day of May, 2008,

*s/ Steven D. Gordon*
STEVEN D. GORDON
Holland & Knight, LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC 20006
Telephone: 202-955-3000
Fax: 202-955-5564

*Attorney of Record for Plaintiff*

# 5332634_v1