# In the United States Court of Federal Claims

No. 02-25L

(Filed: May 16, 2008)

JICARILLA APACHE NATION, formerly
JICARILLA APACHE TRIBE,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On May 13, 2008, the parties filed a joint status report, wherein plaintiff stated its belief that this case is not amenable to settlement through the ADR process and requested that the court restore the case to the active docket. The court hereby orders that, on or before June 13, 2008, the parties shall file a detailed joint status report indicating how this case should proceed, which shall include a proposed schedule.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge