# In the United States Court of Federal Claims

No. 02-25L

(Filed: July 1, 2008)

JICARILLA APACHE NATION, formerly
JICARILLA APACHE TRIBE,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On December 13, 2002, the court stayed this case until further notice and referred this case to the alternative dispute resolution (ADR) process. On May 12, 2008, the parties filed a joint status report that apprised the court that plaintiff did not believe the claims could be settled during ADR. On May 13, 2008, plaintiff filed its motion to vacate stay of proceedings. The court hereby **GRANTS** this motion and restores this case to the active docket.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge