# In the United States Court of Federal Claims

No. 02-25L

(Filed: July 3, 2008)

JICARILLA APACHE NATION, formerly
JICARILLA APACHE TRIBE,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

A status conference will be held in this case on Friday, July 25, 2008, at 10:00 a.m. (EDT) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the oral argument.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge