# In the United States Court of Federal Claims

No. 02-25L

(Filed: July 28, 2008)

JICARILLA APACHE NATION, formerly
JICARILLA APACHE TRIBE,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On Friday, July 25, 2008, the court held a status conference in this case. Participating in the conference were Steven Douglas Gordon, on behalf of plaintiff, and Robert William Rodrigues, on behalf of defendant. As agreed upon by the parties at this conference, the court hereby orders the following:

1. On or before March 31, 2009, the parties shall complete all fact discovery;

2. On or before May 29, 2009, the parties shall exchange simultaneous expert reports;

3. On or before June 30, 2009, the parties shall exchange simultaneous rebuttals to the expert reports;

4. On or before July 30, 2009, the parties shall complete expert depositions; and

5. On or before August 14, 2009, the parties shall file a joint status report discussing how they believe the case should proceed.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge