# In the United States Court of Federal Claims

No. 02-25L

(Filed: October 7, 2008)

_____

JICARILLA APACHE NATION, formerly
JICARILLA APACHE TRIBE,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      On July 25, 2008, the court held a status conference in this case, and on July 28, 2008, the court issued a scheduling order.  Although phasing of the case was discussed at the status conference, it was not specifically addressed in the scheduling order.  To be clear, the first phase of this case, in which discovery is now ongoing, will be limited to fiscal claims relating to defendant's management of certain Jicarilla trust accounts from July 1, 1972, through September 30, 1992, analyzed by Arthur Andersen LLP under contract with defendant (the "Anderson Period").  The court's order of July 28, 2008, otherwise remains unchanged.

      **IT IS SO ORDERED**.

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge