# In the United States Court of Federal Claims

No. 02-25L

(Filed: February 26, 2009)

_____

JICARILLA APACHE NATION, formerly
JICARILLA APACHE TRIBE,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    On February 25, 2009, plaintiff filed a motion for a protective order seeking to preclude defendant from inquiring at upcoming depositions about the investment or disbursement of plaintiff's non-trust funds.  On or before March 5, 2009, defendant shall file its response to plaintiff's motion for a protective order.

    **IT IS SO ORDERED**.

                                         s/ Francis M. Allegra
                                         Francis M. Allegra
                                         Judge