# In the United States Court of Federal Claims

No. 02-25L

(Filed: March 17, 2009)

_____

JICARILLA APACHE NATION, formerly
JICARILLA APACHE TRIBE,

        Plaintiff,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    An oral argument on plaintiff's motion to compel and on plaintiff's motion for a protective order will be held in this case at 2:00 p.m. (EDT), on Thursday, April 16, 2009, in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the conference. The *amici*, Pueblo of Laguna and Navajo Nation, may participate in the argument on plaintiff's motion for a protective order, and shall file a notice on or before April 9, 2009, indicating whether they intend to participate.

    **IT IS SO ORDERED**.

                                                          s/ Francis M. Allegra
                                                          Francis M. Allegra
                                                          Judge