# In the United States Court of Federal Claims

No. 02-25L

(Filed: March 18, 2009)

_____

JICARILLA APACHE NATION, formerly
JICARILLA APACHE TRIBE,

          Plaintiff,

   v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

     The oral argument on April 16, 2009, will consider defendant's motion to compel, in addition to plaintiff's motion to compel and plaintiff's motion for a protective order. To ensure that briefing on defendant's motion to compel is completed in advance of the argument:

1. On or before April 3, 2009, plaintiff shall file its response to defendant's motion to compel;

2. On or before April 10, 2009, defendant shall file its reply; and

3. No enlargements of these deadlines will be granted.

**IT IS SO ORDERED**.

                                       s/ Francis M. Allegra
                                       Francis M. Allegra
                                       Judge