# In the United States Court of Federal Claims

No. 02-25L

(Filed: April 17, 2009)
_____

JICARILLA APACHE NATION, formerly
JICARILLA APACHE TRIBE,

       Plaintiff,

v.

THE UNITED STATES,

       Defendant.

_____

**ORDER**
_____

    On April 16, 2009, oral argument was held on multiple discovery motions in this case. One factual issue that was briefed and discussed was defendant's contention that "Plaintiff called upon Mr. Abeyta, in his capacity as Plaintiff's tribal assistance officer, to analyze Plaintiff's *outside, non-BIA* investments." Def's Response at 9 (Docket #162). To date, only select excerpts of Mr. Abeyta's deposition have been filed with the court. Accordingly, on or before April 23, 2009, defendant shall file the complete transcript of Mr. Gabriel Abeyta's deposition and all the exhibits associated therewith.

    **IT IS SO ORDERED**.

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge