# In the United States Court of Federal Claims

No. 02-25L

(Filed: April 21, 2009)
_____

JICARILLA APACHE NATION, formerly
JICARILLA APACHE TRIBE,

        Plaintiff,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

On April 17, 2009, the court ordered defendant to file, on or before April 23, 2009, the complete transcript of Mr. Gabriel Abeyta's deposition and all the exhibits associated therewith. On April 20, 2009, defendant filed a motion for leave to file the aforementioned documents under seal in paper form or on CD-ROM.

1. Defendant's motion is hereby **GRANTED**.

2. To clarify the earlier order, on or before April 23, 2009, defendant shall file the complete transcript of Mr. Abeyta's deposition and **only those exhibits referenced in the deposition**.

**IT IS SO ORDERED**.

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge