# In the United States Court of Federal Claims

No. 02-25L

(Filed: May 5, 2009)
_____

JICARILLA APACHE NATION, formerly
JICARILLA APACHE TRIBE,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

At oral argument on April 17, 2009, the parties addressed whether Mr. Gabriel Abeyta, former tribal assistance officer for Jicarilla, had knowledge of the tribe's non-trust assets that affected BIA's investment of the tribe's trust assets. On May 1, 2009, plaintiff filed a three-page motion and supplemental brief addressing that issue and its relevance to the scope of discovery. Accordingly:

1.    Plaintiff's motion to file its supplemental brief is hereby **GRANTED**; and

2.    On or before May 15, 2009, defendant may file a response to plaintiff's supplemental brief not to exceed five pages in length.

**IT IS SO ORDERED**.

                                s/ Francis M. Allegra
                                Francis M. Allegra
                                Judge