# In The United States Court of Federal Claims

No. 02-25L

(Filed: January 4, 2010)
_____

| | |
|---|---|
| JICARILLA APACHE NATION, formerly JICARILLA APACHE TRIBE, | *<br>*<br>* |
| Plaintiff, | *<br>*<br>* |
| v. | *<br>* |
| THE UNITED STATES, | *<br>*<br>* |
| Defendant. | *<br>*<br>*<br>* |

_____

**ORDER**
_____

On December 30, 2009, the Federal Circuit denied defendant's petition for a writ of mandamus in this case. *In re United States*, 2009 WL 5125518 (Fed. Cir. Dec. 30, 2009). The Federal Circuit's decision also lifted the temporary stay on this court's July 2, 2009, order of production. Accordingly, on or before January 13, 2010, defendant shall produce to plaintiff all the documents (or the designated portions thereof) listed in part IV(1)(a) of the court's July 2, 2009, order.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge