# In The United States Court of Federal Claims

No. 02-25L

(Filed: January 4, 2010)
_____

| | |
|---|---|
| JICARILLA APACHE NATION, formerly<br>JICARILLA APACHE TRIBE,<br><br>                Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>                Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

_____

**ORDER**

_____

      Today, pursuant to the Federal Circuit's decision issued on December 30, 2009, this court issued an order requiring defendant to resume production of documents as ordered in this court's July 2, 2009, order.  On or before January 25, 2010, the parties shall file a joint status report indicating how discovery should be completed.

      **IT IS SO ORDERED**.

                                                  s/ Francis M. Allegra         
                                                  Francis M. Allegra
                                                  Judge