# In The United States Court of Federal Claims

No. 02-25L

(Filed:  January 8, 2010)

_____

JICARILLA APACHE NATION, formerly
JICARILLA APACHE TRIBE,

                Plaintiff,

     v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

Today, defendant filed a motion to stay this court's January 4, 2010, order requiring production of those documents described in part IV(1)(a) of this court's July 2, 2009 order ("part IV(1)(a) documents").  To allow for briefing on defendant's motion and further to prepare the court for its review:

1.     The deadline for defendant's production of the part IV(1)(a) documents is hereby extended to and including **February 1, 2010.** (This deadline will be revised further or stayed should the court grant, in whole or in part, defendant's motion);

2.     On or before January 19, 2010, defendant shall file a memorandum on the following issue: whether production of the part IV(1)(a) documents to plaintiff under court order will waive the privilege as to those documents as to third parties;

3.     On or before January 26, 2010, plaintiff shall file a response to defendant's motion and to defendant's January 19, 2010, memorandum (the *amici* which previously participated in this case may file a response as of the same date); and

4.      The court's January 4, 2010, order requiring the parties to file a
        joint status report on or before January 25, 2010, is hereby **stayed**
        until further order.

**IT IS SO ORDERED**.

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge