# In The United States Court of Federal Claims

No. 02-25L

(Filed: January 28, 2010)
_____

JICARILLA APACHE NATION, formerly
JICARILLA APACHE TRIBE,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

On January 8, 2010, defendant filed a motion to stay this court's January 4, 2010, order requiring production of those documents described in part IV(1)(a) of this court's July 2, 2009 order ("part IV(1)(a) documents"). That same day, the court extended the production deadline of the part IV(1)(a) documents to February 1, 2010. To allow the court more time to consider defendant's motion to stay, the court extends the production deadline from February 1, 2010, to February 5, 2010. The court will rule on defendant's motion to stay in advance of this new deadline.

      **IT IS SO ORDERED**.

                                                   s/ Francis M. Allegra
                                                   Francis M. Allegra
                                                   Judge