# In The United States Court of Federal Claims

No. 02-25L

(Filed: February 1, 2010)
_____

JICARILLA APACHE NATION, formerly
JICARILLA APACHE TRIBE,

       Plaintiff,

  v.

THE UNITED STATES,

       Defendant.

_____

**ERRATA**
_____

Please correct the following in the opinion filed on July 21, 2009, in the above captioned action:

1.    Change section heading from "III" to "IV" on page 22; and

2.    Change section heading from "IV" to "V" on page 25.

**IT IS SO ORDERED**.

                                         s/ Francis M. Allegra
                                         Francis M. Allegra
                                         Judge