# In The United States Court of Federal Claims

No. 02-25L

(Filed: February 22, 2010)
_____

| | |
|---|---|
| JICARILLA APACHE NATION, formerly | * |
| JICARILLA APACHE TRIBE, | * |
| | * |
| Plaintiff, | * |
| | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| | * |

_____

**ORDER**
_____

    On or before March 12, 2010, the parties shall file a joint plan for completing discovery in this case.

    **IT IS SO ORDERED**.

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge