# In The United States Court of Federal Claims

No. 02-25L

(Filed: April 9, 2010)
_____

| | |
|---|---|
| JICARILLA APACHE NATION, formerly JICARILLA APACHE TRIBE, | * * * |
| Plaintiff, | * * * |
| v. | * * |
| THE UNITED STATES, | * * * |
| Defendant. | * * * * |

_____

**ORDER**
_____

    Today, a status conference was held in this case. Participating in the conference were Steven Gordon, for plaintiff, and Stephen Terrell, for defendant. Based on discussions during the conference, the court set the following discovery schedule:

1. On or before December 15, 2010, all fact discovery shall be completed;

2. On or before February 11, 2011, plaintiff shall submit its expert report(s);

3. On or before March 25, 2011, defendant shall submit its expert report(s);

4. On or before April 29, 2011, plaintiff shall submit its rebuttal report(s) to defendant's expert report(s);

5. On or before May 31, 2011, the parties shall complete expert depositions; and

6. On or before June 14, 2011, the parties shall file a joint status

report indicating how this case should proceed, with a proposed schedule for proceeding to trial.

The parties anticipate that a portion of the production will be subject to a clawback agreement. The court stands ready to issue an order necessary to effectuate that agreement.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge
