# In the United States Court of Federal Claims

No. 02-25L

(Filed: May 28, 2010)

_____

JICARILLA APACHE NATION, formerly
JICARILLA APACHE TRIBE,

      Plaintiff,

  v.

THE UNITED STATES,

      Defendant.

_____

**ORDER**

_____

A status conference will be held in this case on Thursday, June 10, 2010, at 10:00 a.m. (EDT) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the conference.

    **IT IS SO ORDERED**.

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge