# In The United States Court of Federal Claims

No. 02-25L

(Filed: September 10, 2010)

_____

JICARILLA APACHE NATION,
formerly JICARILLA APACHE TRIBE,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A status conference will be held in this case on Wednesday, October 13, 2010, at 10:00 a.m. (EDT) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby on the day of the conference.

    **IT IS SO ORDERED**.

                                    s/ Francis M. Allegra
                                    Francis M. Allegra
                                    Judge