# In The United States Court of Federal Claims

No. 02-25L

(Filed: February 1, 2011)

_____

JICARILLA APACHE NATION,
formerly JICARILLA APACHE TRIBE,

          Plaintiff,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

On October 20, 2010, this court issued an order directing defendant to file a status report every 63 days regarding the possible damage, destruction or loss of records. Defendant is hereby relieved of this reporting requirement.

**IT IS SO ORDERED**.

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge