# In The United States Court of Federal Claims

No. 02-25L

(Filed: March 21, 2011)

_____

JICARILLA APACHE NATION,
formerly JICARILLA APACHE TRIBE,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On March 18, 2011, defendant filed a partial motion for summary judgement. All further briefing on this motion is **STAYED** until further order.

**IT IS SO ORDERED**.

        s/ Francis M. Allegra
        Francis M. Allegra
        Judge