# In The United States Court of Federal Claims

No. 02-25L

(Filed: March 23, 2011)

_____

JICARILLA APACHE NATION,
formerly JICARILLA APACHE TRIBE,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A telephonic status conference to discuss defendant's motion for partial summary judgment will be held in this case on Tuesday, March 29, 2011, at 10:00 a.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED**.

        s/ Francis M. Allegra
        Francis M. Allegra
        Judge