# In The United States Court of Federal Claims

No. 02-25L

(Filed: March 29, 2011)
_____

JICARILLA APACHE NATION,
formerly JICARILLA APACHE TRIBE,

                Plaintiff,

          v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**
_____

Today, the court conducted a telephonic status conference. Participating in this conference were Mr. Steven Gordon, for plaintiff, and Mr. Stephen Terrell, for defendant. Based on these discussions, the court hereby lifts the stay on the briefing of defendant's summary judgement motion. Accordingly:

1. On or before April 25, 2011, plaintiff shall file its response to the motion; and

2. On or before May 16, 2011, defendant shall file its reply to plaintiff's response.

**IT IS SO ORDERED**.

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge