# In The United States Court of Federal Claims

No. 02-25L

(Filed: May 31, 2011)

_____

JICARILLA APACHE NATION,
 formerly JICARILLA APACHE TRIBE,

               Plaintiff,

      v.

THE UNITED STATES,

               Defendant.

_____

**ORDER**

_____

On May 4, 2011, the amici curiae filed a brief and proposed findings of uncontroverted fact in support of plaintiff's response to defendant's partial motion for summary judgment. On May 24, 2011, defendant filed a motion to strike the referenced proposed findings of uncontroverted fact. The motion to strike is hereby **GRANTED** and the Clerk is ordered to strike the proposed findings of uncontroverted fact filed by the amici curiae.

    **IT IS SO ORDERED**.

                                   s/ Francis M. Allegra
                                   Francis M. Allegra
                                   Judge