# In The United States Court of Federal Claims

No. 02-25L

(Filed: June 13, 2011)

_____

JICARILLA APACHE NATION,
formerly JICARILLA APACHE TRIBE,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On or before July 6, 2011, the parties and the amici curiae shall each file a supplemental brief explaining how the Supreme Court's opinion in *United States v. Jicarilla Apache Nation*, No. 10-382, U.S.L.W. 4474 (2011) impacts the arguments made with respect to defendant's motion for partial summary judgment as to pooling-related claims.

**IT IS SO ORDERED**.

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge