# In The United States Court of Federal Claims

No. 02-25L

(Filed: June 17, 2011)

_____

JICARILLA APACHE NATION,
formerly JICARILLA APACHE TRIBE,

                Plaintiff,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On or before July 15, 2011, the parties shall file a joint status report indicating how they will proceed in light of the decision in *United States v. Jicarilla Apache Nation*, No. 10-382, U.S.L.W. 4474 (2011).

    **IT IS SO ORDERED**.

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge