# In The United States Court of Federal Claims

No. 02-25L

(Filed: June 17, 2011)

_____

JICARILLA APACHE NATION,
  formerly JICARILLA APACHE TRIBE,

                Plaintiff,

         v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

Oral argument on defendant's pending motions for partial summary judgment will be held in this case on Friday, July 22, 2011, in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the argument.

1. Oral argument on defendant's motion for partial summary judgment as to pooling-related claims will be held at 10:00 a.m. (EDT); plaintiff and defendant will be limited to one hour per side; the amici curiae will be limited to twenty minutes; and

2. Oral argument on defendant's motion for partial summary judgment as to the disbursement lag claim will be held at 2:00 p.m. (EDT); plaintiff and defendant will be limited to one hour per side.

**IT IS SO ORDERED**.

                                                    s/ Francis M. Allegra_____
                                                    Francis M. Allegra
                                                    Judge