# In The United States Court of Federal Claims

No. 02-25L

(Filed: July 27, 2011)

_____

JICARILLA APACHE NATION,
formerly JICARILLA APACHE TRIBE,

                Plaintiff,

       v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

     A status conference will be held in this case on Wednesday, August 17, 2011, at 10:00 a.m. (EDT) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the conference.

    **IT IS SO ORDERED**.

                                                                      s/ Francis M. Allegra         
                                                                   Francis M. Allegra
                                                                   Judge