# In The United States Court of Federal Claims

No. 02-25L

(Filed: September 30, 2011)

_____

JICARILLA APACHE NATION,
formerly JICARILLA APACHE TRIBE,

            Plaintiff,

v.

THE UNITED STATES,

            Defendant.

_____

**ORDER**

_____

    Today, plaintiff filed an unopposed motion for a status conference.  The motion is hereby **GRANTED**.  Accordingly, a telephonic status conference will be held in this case on Tuesday, October 4, 2011, at 2:00 p.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED**.

                                                       s/ Francis M. Allegra
                                                       Francis M. Allegra
                                                       Judge