# In The United States Court of Federal Claims

No. 02-25L

(Filed: October 5, 2011)

_____

JICARILLA APACHE NATION,
formerly JICARILLA APACHE TRIBE,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

    On October 4, 2011, a telephonic status conference was held in this case.  Participating in this conference were Mr. Steven Gordon, for plaintiff, and Mr. Stephen Terrell, for defendant.  In accordance with the discussions held therein, on or before October 11, 2011, plaintiff shall file a status report updating the court on its progress in arranging a conference call with defendant and Barclays Capital.

    **IT IS SO ORDERED**.

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge