# In The United States Court of Federal Claims

No. 02-25L

(Filed: October 24, 2011)

_____

JICARILLA APACHE NATION, formerly
JICARILLA APACHE TRIBE,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      On September 30, 2011, the parties filed a joint stipulation of facts. The court has reviewed the stipulation and finds it wholly inadequate given the breadth of issues at trial. The parties are hereby ordered to file an amended and more comprehensive stipulation of facts on or before November 3, 2011. Should the court find the amended stipulation inadequate, it may decide to adopt limitations on the parties' presentations at trial.

      **IT IS SO ORDERED**.

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge