# In The United States Court of Federal Claims

No. 02-25L

(Filed: October 24, 2011)

_____

JICARILLA APACHE NATION, formerly
JICARILLA APACHE TRIBE,

                      Plaintiff,

      v.

THE UNITED STATES,

                      Defendant.

_____

**ORDER**

_____

      In anticipation of the upcoming pre-trial conference, the court wishes to give the parties advance warning of the following: on or before November 4, 2011, the parties shall supply <u>two</u> pre-marked copies of the hard copy exhibits they intend to offer in this case, and <u>four</u> CD-ROM sets containing pre-marked copies of electronic exhibits.  All documents on the CD-ROM sets shall be bates-stamped or otherwise electronically marked to allow for ready identification of individual pages.  The hard copies shall be in binders, with tabbed dividers between each individual exhibit—the spines of the binders shall indicate the exhibits contained therein in large-faced type.  The parties shall ensure that, prior to trial, the court has the software needed to view the exhibits on the CD-ROMs and shall, if necessary, provide a licensed copy of such software to the court for its use during the pendency of this case.

      **IT IS SO ORDERED**.


                                               s/ Francis M. Allegra_____
                                               Francis M. Allegra
                                               Judge