# In The United States Court of Federal Claims

No. 02-25L

(Filed: October 27, 2011)

_____

JICARILLA APACHE NATION, formerly
JICARILLA APACHE TRIBE,

                      Plaintiff,

          v.

THE UNITED STATES,

                      Defendant.

_____

**ORDER**

_____

      Today, plaintiff filed an unopposed motion for a status conference regarding Barclays matter. The motion is hereby **GRANTED**. Accordingly, a telephonic status conference will be held in this case on Thursday, October 27, 2011, at 3:30 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference.

      **IT IS SO ORDERED**.

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge