# In The United States Court of Federal Claims

No. 02-25L

(Filed: October 28, 2011)

_____

JICARILLA APACHE NATION, formerly
JICARILLA APACHE TRIBE,

          Plaintiff,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

    Before the Court is the United States' Motion In Limine To Exclude Rocky Hill Advisors' Liability Opinions And Damages Model and Plaintiff's Opposition thereto. The parties agree that Plaintiff's experts, Rocky Hill Advisors, have utilized certain data from the Barclays United States Treasury Index and Long Term United States Treasury Index (the "Data") in developing their opinions in connection with this case and that Defendant has not had access to the Data. Plaintiff is willing to provide the Data to Defendant subject to the Confidentiality Agreement and Protective Order filed on April 19, 2004, and Defendant is willing to receive the Data on that basis. Accordingly, on or before October 31, 2011, plaintiff shall provide defendant with the Barclays data, subject to the Confidentiality Agreement and Protective Order.

    **IT IS SO ORDERED**.

                                                   s/ Francis M. Allegra
                                                 Francis M. Allegra
                                                 Judge