# In The United States Court of Federal Claims

No. 02-25L

(Filed: December 8, 2011)

_____

JICARILLA APACHE NATION, formerly
JICARILLA APACHE TRIBE,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On November 8, 2011, through November 17, 2011, the court held trial in this case in Washington, DC. At the close of trial, the record remained open pending the receipt of the transcript of the trial proceedings. On December 7, 2011, the court received a copy of the trial transcript. Proof in this case is now closed.

    **IT IS SO ORDERED**.

                                        s/ Francis M. Allegra  
                                        Francis M. Allegra  
                                        Judge