# In The United States Court of Federal Claims

No. 02-25L

(Filed: December 8, 2011)

_____

JICARILLA APACHE NATION, formerly
JICARILLA APACHE TRIBE,

          Plaintiff,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

As agreed upon by the parties at the close of trial, post-trial briefing in this case is hereby ordered as follows:

1. On or before January 23, 2012, the parties shall simultaneously file post-trial briefs;

2. On or before February 24, 2012, the parties shall simultaneously file replies to the initial post-trial briefs; and

3. After replies have been filed, the court will contact the parties telephonically to arrange a date for closing argument.

**IT IS SO ORDERED**.

                                                        s/ Francis M. Allegra
                                                        Francis M. Allegra
                                                        Judge