# In The United States Court of Federal Claims

No. 02-25L

(Filed: January 17, 2012)

_____

JICARILLA APACHE NATION, formerly
JICARILLA APACHE TRIBE,

              Plaintiff,

v.

THE UNITED STATES,

              Defendant.

_____

**ORDER**

_____

On January 13, 2012, defendant filed an unopposed motion for leave to exceed page limit for its post-trial brief by 40 pages. The motion is hereby **GRANTED**. Accordingly, on or before January 23, 2012, the parties shall simultaneously file post-trial briefs, not to exceed 80 pages.

**IT IS SO ORDERED**.

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge