# In The United States Court of Federal Claims

No. 02-25L

(Filed: March 27, 2012)

_____

JICARILLA APACHE NATION, formerly
JICARILLA APACHE TRIBE,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

    Closing argument will be held in this case on Thursday, May 31, 2012, at 10:00 a.m. (EDT) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the argument.

    **IT IS SO ORDERED**.

                                           s/ Francis M. Allegra
                                           Francis M. Allegra
                                           Judge