# In The United States Court of Federal Claims

No. 02-25L

(Filed: November 8, 2011)

_____

JICARILLA APACHE NATION, formerly
JICARILLA APACHE TRIBE,

        Plaintiff,

        v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    A telephonic status conference will be held in this case on Tuesday, November 13, 2012, at 10:00 a.m. (EST).  Chambers will contact the parties shortly before the scheduled conference.

    **IT IS SO ORDERED**.

                                    s/ Francis M. Allegra
                                    Francis M. Allegra
                                    Judge