# In The United States Court of Federal Claims

No. 02-25L

(Filed: November 13, 2012)

_____

JICARILLA APACHE NATION, formerly
JICARILLA APACHE TRIBE,

          Plaintiff,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

Today, a status conference was held in this case. Participating in the conference were Steven D. Gordon, for plaintiff, and Stephen R. Terrell, for defendant. Based on discussions during the conference, the court orders as follows:

1. On or before December 3, 2012, the parties shall file with the court a CD-ROM or DVD containing a manipulable, electronic copy of a spreadsheet (or spreadsheets) that incorporates all critical factors of their damages calculations related to the Phase 1 time period.

2. In addition, on December 3, 2012, the parties shall file an electronic notification of their filing of a CD-ROM or DVD with the court.

3. To ensure that the court may manipulate the data contained in any filed spreadsheets, each party shall be responsible for providing the court with an operational version of any proprietary software that will enable the court to alter cells, entries, or underlying formulae. If the filed spreadsheet functions properly on a standard version of Microsoft Excel, the parties need not provide the court with such software.

4.       Prior to December 3, 2012, the parties shall exchange the spreadsheets they intend to file to ensure that they are consistent with evidence that was submitted in the Phase 1 trial.

**IT IS SO ORDERED**.

                                  s/ Francis M. Allegra  
                                  Francis M. Allegra  
                                  Judge