# In The United States Court of Federal Claims

No. 02-25L

(Filed: June 19, 2013)

_____

JICARILLA APACHE NATION,
formerly JICARILLA APACHE TRIBE,

          Plaintiff,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

     A telephonic status conference will be held in this case on Tuesday, June 25, 2013, at 10:00 a.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

     **IT IS SO ORDERED**.

                                                         s/ Francis M. Allegra
                                                         Francis M. Allegra
                                                         Judge