# In The United States Court of Federal Claims

No. 02-25L

(Filed: June 25, 2013)

_____

JICARILLA APACHE NATION,
formerly JICARILLA APACHE TRIBE,

              Plaintiff,

        v.

THE UNITED STATES,

              Defendant.

_____

**ORDER**

_____

      Today, a telephonic status conference was held in this case. Participating in the conference were Mr. Steven Gordon, for plaintiff, and Mr. Stephen Terrell, for defendant. Based on discussions during the conference, the court sets the following discovery schedule for Phase II:

    1.      On or before August 2, 2013, the parties shall exchange initial disclosures;

    2.      On or before June 2, 2014, fact discovery shall be completed;

    3.      On or before July 2, 2014, plaintiff shall file its expert report(s);

    4.      On or before August 4, 2014, defendant shall file its expert report(s);

    5.      On or before September 5, 2014, plaintiff shall file its rebuttal report(s);

    6.      On or before October 3, 2014, the parties shall complete expert depositions; and

7. On or before October 17, 2014, the parties shall file a joint status report indicating how this case should proceed, with a proposed schedule.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge
